U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JOHN S. STAFFORD, III, Plaintiff<br>v.<br>CARS OF YESTERDAY, INC., a Florida corporation and MARVIN FRIEDMAN, an individual, Defendants | 07 C 6504 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John S. Stafford, III

| NAME (Type or print) |
|---|
| Ira M. Levin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ira M. Levin |
| FIRM |
| Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS |
| 330 N. Wabash Avenue, 22nd Floor |
| CITY/STATE/ZIP |
| Chicago, IL  60611-3607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192178 | (312) 840-7065 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]