*** DUPLICATE PRINT ***

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310



**RETURN OF SERVICE**

| Assignment: 1161 | Service Sheet # | 07-078922 |
|---|---|---|
| STAFFORD, III, JOHN S. vs. CARS OF YESTERDAY, INC., ET AL | | 07CV6504 |
| PLAINTIFF SUM/COMPLAINT/OS | VS. DISTRICT/ DEFENDANT | CASE |
| TYPE OF WRIT | COURT | HEARING DATE |
| FRIEDMAN, MARVIN    SERVE | 4750 NW 15TH AVE, BLDG. B  FT. LAUDERDALE, FL 33309 | |

Received this process on
11/21/2007
Date

303319
BURKE, WARREN, MACKAY & SERRITELLA P.C.
330 N WABASH AVENUE, 22ND FLOOR
CHICAGO, IL 60611-3607

☒ Served
☐ Not Served – see comments

NOVEMBER 29, 2007    11:56 AM
Date                  Time

4460    Attorney

On FRIEDMAN, MARVIN _____, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: REC'D 11/27/07  11/27/07 10:35 AM "Not here." 11/28/07 11:50 AM "Not here." 11/29/07 11:56 AM "Richard Hoffberg took paper" White male, 48, 5 FT. 10 IN, Brown Hair, Green Eyes, 180 LBS

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _____ Deputy
#1161

**ORIGINAL**