**BROWARD COUNTY SHERIFF'S OFFICE**  2520
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: 1161
Service Sheet # 07-078922

STAFFORD, III, JOHN S. vs. CARS OF YESTERDAY, INC., ET AL        07CV6504
PLAINTIFF                           VS.      DEFENDANT                         CASE
SUM/COMPLAINT/OS                             DISTRICT/
TYPE OF WRIT                                 COURT                             HEARING DATE

CARS OF YESTERDAY, INC.            4750 NW 15TH AVENUE, BLDG. B
                         SERVE     FT. LAUDERDALE, FL
C/O R.A., RICHARD HOFFBERG

Received this process on 11/21/2007

303319
BURKE, WARREN, MACKAY & SERRITELLA P.C.
330 N WABASH AVENUE, 22ND FLOOR
CHICAGO, IL 60611-3607

☒ Served
☐ Not Served – see comments

November 29, 2007   11:55 AM
Date                 Time

4460  Attorney

On CARS OF YESTERDAY, INC./O R.A., RICHARD HOFFBERG, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☒ To RICHARD HOFFBERG, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: REC'D 11/27/07  11/27/07 10:30AM "Not there." 11/28/07 11:45 AM "Not there." Description: White, Male, 48, 5FT 10 IN, Brown Hair, Green Eyes, 180 LBS.

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA             RIDA

BY: Deputy Gary Gottsleben
    #1161 GARY GOTTSLEBEN

**ORIGINAL**