IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 07-cv-6504<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an )<br>individual )<br>)<br>Defendant. ) | |

### NOTICE OF FILING

To:   See Certificate of Service

Please take notice that Plaintiff, John S. Stafford, III, by and through its attorneys, on December 20, 2007, filed electronically with the clerk of the Northern District of Illinois, Eastern Division, the Broward County Sheriff's Office's Return of Service of Summons and Complaint upon Defendants Cars of Yesterday and Marvin Friedman, copies of which are served upon you.

Thomas Stafford, an individual

By:___/s Alexander D. Marks_____
      One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
456120.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the foregoing Notice of Filing to be filed electronically in the Northern District of Illinois, Eastern Division, and to be served electronically on:

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606

Before the hour of 6:00 pm on the 20th day of December, 2007.

/s Alexander D. Marks