IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> CARS OF YESTERDAY, INC., a Florida ) <br> Corporation; and MARVIN FRIEDMAN, an ) <br> individual, ) <br> ) <br> Defendants. ) | Court No:    07 C 6504 <br><br> Judge Gettleman <br> Magistrate Judge Denlow |

## NOTICE OF MOTION

**TO:** Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Gettleman or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, 214 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C., § 1404(a), along with their Memorandum of Law in Support of Motion to Transfer Venue, copies of which are herewith served upon you.

CARS OF YESTERDAY, INC., and MARVIN FRIEDMAN


By: /s/ Bradley B. Falkof
One of Their Attorneys

Bradley B. Falkof
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing Notice and Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(1) and Memorandum of Law in Support were served on the following:

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610


by facsimile and by depositing the same in the U.S. Mail. first-class postage paid, from One N. Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 6th day of February 2008.


                                  /s/ Bradley B. Falkof

CHDS01 BBF 446516v1