## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN S. STAFFORD, III, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Court No:     07 C 6504 |
| | ) | |
| CARS OF YESTERDAY, INC., a Florida | ) | Judge Gettleman |
| Corporation; and MARVIN FRIEDMAN, an | ) | Magistrate Judge Denlow |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendants, Cars of Yesterday, Inc. ("Cars"), and Marvin Friedman ("Friedman"), by their attorneys Bradley B. Falkof and Barnes & Thornburg LLP, and pursuant to 28 U.S.C. § 1404(a), moves this Court to transfer venue from the United States District Court for the Northern District of Illinois, Eastern Division to the United States District Court for the Southern District of Florida. In support hereof, Defendants state as follows:

### Parties and Jurisdictions

1.      Plaintiff is an individual residing in Chicago, Cook County, Illinois. (Compl. ¶ 1.)

2.      Cars is a Florida corporation that's sells classic cars throughout the United States. Cars' principal place of business is in Ft. Lauderdale, Florida.  (Compl. ¶ 2.)

3.      Friedman is an individual who resides in Florida. (Compl. ¶ 3.)

4.      Venue is proper in both the Northern District of Illinois and the Southern District of Florida, pursuant to 28 U.S.C. ¶ 1391(a), because a substantial portion of the events giving rise to the Plaintiff's claims occurred in Illinois and Florida, and the Defendants reside in Florida.

## Background Facts

5.    Plaintiff claims that, in or about September 2007, Cars posted a listing on eBay to sell a 1957 Cadillac Eldorado Brougham (the "Vehicle"). Plaintiff claims that at the time the Vehicle was listed on eBay, the Defendants misrepresented the condition of the Vehicle.

6.    In particular, Plaintiff claims that Defendants misrepresented the condition of the undercarriage of the vehicle, the condition of the chrome and trim, the condition of the engine, the condition of the rubber seals and gaskets on the Vehicle, the condition of the transmission, and other conditions related to the operation and appearance of the Vehicle.

7.    Plaintiff further claims that he agreed to purchase the Vehicle from Cars for $130,000, based on the representations made to him by the Defendants.

8.    At the time of Plaintiff's purchase of the Vehicle, he entered into a Purchase Contract with Cars. A copy of the Purchase Contract is attached as Exhibit A to the Affidavit of Richard Hofberg, attached hereto as Exhibit 1.

9.    On November 16, 2007, Plaintiff filed a two count Complaint against Defendants for violation of the Illinois Consumer Fraud Act and common law fraud.

## Argument

10.    At the heart of Plaintiff's Complaint is the allegation that restoration work (the "Work") performed on the Vehicle by Defendants was either not performed or was substandard. As such, the critical question in this case is likely to be what was the condition of the Vehicle at the time it left Defendants' control and were the Defendants' representations regarding the condition of the Vehicle and the Work performed materially and substantially true and accurate.

11.    Paragraphs 5 and 6 of the Purchase Contract provide that jurisdiction of the transaction and the Purchase Contract is to be in Broward County, Florida.

12.    In the instant case, transfer is appropriate because it is most convenient for the Defendants and their witnesses.  In particular, the Defendants to date have identified 19 non-party witnesses located in the Southern District of Florida who either performed the Work or have first hand knowledge of the Work.

13.    In addition, the transfer would best serve the interest of justice, and ensure the efficient administration of the Court's system, as the case would proceed to trial faster in Florida.

14.    Defendants have filed contemporaneously with this Motion a Memorandum of Law in Support of their Motion and incorporate herein the facts and arguments set forth in the accompanying Memorandum of Law. .

FOR THE FOREGOING REASONS, the Defendants, Cars of Yesterday, Inc. and Marvin Friedman request that this Court transfer the venue of this case from the United States District Court for the Northern District of Illinois to the United States District for the Southern District of Florida, and for such other relief as this Court deems fair and proper.

Respectfully submitted,

CARS OF YESTERDAY, INC., and MARVIN FRIEDMAN

By:____/s/ Bradley B. Falkof_____
One of Their Attorneys

Bradley B. Falkof
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

CHDS01 BBF 446313v1

3

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN S. STAFFORD, III, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Court No:    07 C 6504 |
| | ) | |
| CARS OF YESTERDAY, INC., a Florida | ) | Judge Gettleman |
| Corporation; and MARVIN FRIEDMAN, an | ) | Magistrate Judge Denlow |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF RICHARD HOFBERG

Richard Hofberg, being duly sworn under oath does state as follows:

1.    I am the President of Cars of Yesterday, Inc., one of the defendants in the above-captioned case. Cars of Yesterday, Inc. is located in Ft. Lauderdale, Florida 33309.

2.    I am personally familiar with the facts of this case and have personal knowledge of the circumstances of the transaction between Cars of Yesterday, Inc. and the plaintiff.

3.    Attached as Exhibit A is a true and accurate copy of the Purchase Order entered into between Cars of Yesterday, Inc. and plaintiff, on September 21, 2007, for plaintiff's purchase of a 1957 Cadillac Eldorado Brougham (the "Vehicle").

4.    I am personally familiar with the work performed to restore the Vehicle to the condition it was in at the time it was sold to plaintiff and shipped to him in Chicago.

5.    The persons who worked on the Vehicle include the following:

**Mechanical/Engine Repairs and Restoration**

Russ Jung
3557 N.W. 9th Terrace
Oakland Park, Florida 33309

Mr. Jung worked on the restoration of the Vehicle's engine.

### EXHIBIT 1

Larry's Automotive
4771 Powerline Road
Fort Lauderdale, Florida 33309

A representative of Larry's Automotive worked on the generator, the starter, and the voltage regulator, on the Vehicle.

DeVeaux Carburetors
4059 N.W. 6th Avenue
Fort Lauderdale, Florida 33309

A representative of DeVeaux Carburetors worked on rebuilding the carburetors in the Vehicle.

Midas Muffler Shop
1000 Federal Highway
Pompano Beach, Florida 33060

A representative of Midas Muffler Shop worked on the exhaust, mufflers, tailpipes, and clamps for the Vehicle.

Radiator Express
4358 N. Dixie Highway
Oakland Park, Florida 33309

A representative of Radiator Express worked on the Vehicle's radiator.

**Interior Restoration**

John O. Interiors
512 S. Dixie Highway
Pompano Beach, Florida 33060

A representative of John O. Interiors worked on the interior, including the carpeting, the trunk lining, the dashboard, and the headliner.

Classic Auto A/C in Tampa
2020 West Kennedy Boulevard
Tampa, Florida 33606

A representative of Classic Auto worked on the Vehicle's air conditioning system.

## Exterior Body Work

    Marvin Turner
    420 S.W. 18th Street
    Pompano Beach, Florida 33060

Mr. Turner did paint and body work on the car and also assisted in the disassembly and reassembly of the car before and after the body work and painting of the car was done.

    John Turner
    420 S.W. 18th Street
    Pompano Beach, Florida 33060

Mr. Turner did paint and body work on the car and also assisted in the disassembly and reassembly of the car before and after the body work and painting of the car was done.

    Jason Turner
    420 S.W. 18th Street
    Pompano Beach, Florida 33060

Mr. Turner did paint and body work on the car and also assisted in the disassembly and reassembly of the car before and after the body work and painting of the car was done.

    Felix Raynoso
    R&H Plating
    3062 Northwest 23rd Terrace
    Oakland Park, Florida 33309

Mr. Raynoso worked on the chrome, the trim, pot metal, and polishing of the exterior of the Vehicle.

    Charlie's Auto Glass
    4091 North Dixie Highway
    Pompano Beach, Florida 33060

A representative of Charlie's Auto Glass worked on removing and replacing the Vehicle's windows.

## Miscellaneous

    Santiago Gonzalez
    5727 Greene Street
    Hollywood, Florida 33021

Mr. Gonzalez worked on the disassembly and reassembly of the car, helping to remove the engine, removing the air conditioning components and reinstalling the windows, dash, electric lights, seats, switches, and other parts of the car.

Abraham Shevin
4807 McKinley Street
Hollywood, Florida 33021

Mr. Shevin worked on the disassembly and reassembly of the car, helping to remove the engine, removing the air conditioning components and reinstalling the windows, dash, electric lights, seats, switches, and other parts of the car.

Howard (last name unknown)
Santa Rosa Towing Company
1850 N.W. 29th Street
Oakland Park, Florida

Howard towed the Vehicle approximately twelve times to the various shops identified above, so that work could be performed on the Vehicle. He is familiar with the work performed on the Vehicle.

6.    In addition, the following persons are familiar with the Vehicle, including either its restoration or value at the time it was sold to plaintiff.

Dave Rupp
6601 Shangri-La Lane
Lantana, Florida

Mr. Rupp has been involved with vintage and collector cars for over 40 years, and is affiliated with Kruse International, the auction company that originally sold this Vehicle to Cars of Yesterday. He is knowledgeable about the reconditioning of vintage cars and their value.

Donnie Gould
RM Auctions
4130 N.E. 6th Avenue
Fort Lauderdale, Florida

Mr. Gould has been involved with vintage and collector cars for over 30 years, and has sold several of these Cadillac Broughams at RM Auctions throughout the U.S., including at the RM Auction held each year in Fort Lauderdale, Florida. He is knowledgeable about the reconditioning of vintage cars and their value.

Warren Berliner
Berliner's Classic Car Museum
1812 Sterling Road
Dania, Florida

Mr. Berliner is the owner of a vintage car museum and has been an active vintage and antique car collector for many years. He is knowledgeable about the reconditioning of vintage cars and their value. He personally observed the work on the Vehicle and was consulted several times regarding the reconditioning of the Vehicle.

Garry Isaacson
11633 N. W. 11th Place
Coral Springs, Florida

Mr. Isaacson has been involved with vintage and collector cars for over 30 years. He is knowledgeable about the reconditioning of vintage cars and their value. He personally observed the progress of the work on the Vehicle and was consulted on several occasions.

7. I could testify to the above if called upon to do so at a hearing or trial.

FURTHER AFFIANT SAYETH NOT.

_____
Richard Hofberg

SIGNED and SWORN TO before me
this 06 day of February 2008.

_____
Notary Public



R. RAMCHAPRAN
Comm'n DD0632898
Expires 4/10/2011
Florida Notary Assn., Inc

# CARS OF YESTERDAY, INC.

"Yesterday's Memories & Tomorrow's Investments"

**PURCHASE CONTRACT**

4750 N.W. 15th Ave. #B & C
Ft. Lauderdale, FL 33309
www.carsfromyesterday.com

Phone: 800.930.4002
Fax: 954.772.7776
Local: 954.772.7891

Email: LUVDG@aol.com
Cell: 954.895.7940 (Consultant)

No. 002344

| | | |
|---|---|---|
| PURCHASER *John S. Stafford III* | DRIVER'S LICENSE NO. | DATE OF BIRTH | RESIDENCE PHONE |
| CO-PURCHASER | DRIVER'S LICENSE NO. | DATE OF BIRTH | BUSINESS PHONE *312-244-521* |
| ADDRESS *230 So. LaSalle St* | CITY *Chicago* | STATE *Ill* | ZIP *60604* | CELLULAR *773-255-7779* |
| | E-MAIL ADDRESS *John Q. ronin - capital.com* | | OTHER CONTACT NUMBER |
| VEHICLE ID NUMBER *57700 7 2617* | | | |

## PURCHASE VEHICLE

| YEAR *1957* | MAKE *Cadillac* | MODEL *Eldorado Brougham* | COLOR *Black* | BODY *4 door* | ENGINE *365 V-8* | TRANSMISSION *Auto* | MILEAGE *79,808* |

## TRADE IN DESCRIPTION

| BALANCE OWED | BALANCE OWED TO WHOM | ACCOUNT NUMBER | | GOOD TILL | LIEN | TALKED TO |
| ADDRESS | | CITY | STATE | ZIP | PHONE NO. | |
| YEAR | MAKE/MODEL/TYPE | | V.I.N. | | MILEAGE | |
| 2ND TRADE/YEAR | MAKE/MODEL/TYPE | | | | | |
| TRADE ALLOWANCE | | | | | | |
| V.I.N. | PAYOFF | MILEAGE | | | | |
| BALANCE OWED TO WHOM | ACCT. NO. | GOOD TILL | | | | |
| TALKED TO | ADDRESS | CITY STATE ZIP | PHONE | | | |

| | |
|---|---|
| TOTAL PRICE OF VEHICLE | *30,000.00* |
| TRADE ALLOWANCE | |
| BUYERS DIFFERENCE | |
| ADDITIONAL EQUIPMENT | |

EQUIPMENT

*Includes Vanities
As Shown on EBAY.
Includes Shipping Prepaid
ON Enclosed Exotic
CAR Thru Port to your
Front Door.*

I certify that I have read in its entirety the front and back of this purchase contract, and agree to abide by all the terms and conditions contain therein.

Accepted and initialed by purchaser.

PLEASE BE SURE TO BRING:
1. TITLE TO YOUR TRADE
2. REGISTRATION IF TRANSFERRING YOUR TAG
3. PROOF OF INSURANCE WITH AGENT'S NAME & ADDRESS

**ALL USED VEHICLES ARE SOLD AS IS WHERE IS**

## THIS IS A CONTRACT TO PURCHASE THE ABOVE VEHICLE

| | |
|---|---|
| TAXABLE SUBTOTAL | |
| SALES TAX | |
| ESTIMATED TAG, TITLE & REGISTRATION | |
| ☐ TRANSFER TAG   ☐ NEW TAG   ☐ NEW DECAL | |
| SUBTOTAL | *N/C* |
| BALANCE OWING ON TRADE  Customer agrees to pay any difference between this figure and actual pay off figure as quoted by lien holder. | |
| TOTAL PRICE | |
| DOWN PAYMENT | |
| UNPAID BALANCE | |
| AMOUNT FINANCED | |
| TOTAL | *30,000* |

| | | | |
|---|---|---|---|
| X_____ | X_____ | ACCEPTED BY _____ | |
| PURCHASER SIGNATURE | DATE | REP OF CARS OF YESTERDAY, INC. | DATE |

| | |
|---|---|
| _____ | _____ |
| PURCHASER SIGNATURE | DATE |

WHITE (BUYERS)          CANARY (FILE)          PINK

## PLEASE SEE, READ AND SIGN REVERSE SIDE

EXHIBIT

A

**Terms and Conditions of Buyers Purchase Order**

1. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be Purchaser's property free and clear of all liens and encumbrances except as otherwise noted herein. Purchaser agrees that in the event any Motor Vehicle Commission reveals any undisclosed existing liens on the vehicle traded in, that Purchaser will cause to be satisfied such lien or liens within 72 hours of Dealer's notice in writing and that Purchaser's failure to make such lien satisfaction, the Dealer shall have the right to repossession of the newly purchased vehicle and this agreement may become null and void.

2. In the event a check or money order is delivered by Purchaser or Dealer as partial or full payment for this agreement and such instrument shall prove to be non-negotiable, Purchaser shall be considered to be in default described in paragraph one above.

3. The Purchaser, before or at the time of delivery of the motor vehicle covered by this Order, will execute such other forms of agreement or documents as may be required by the terms and conditions of payment.

4. The only warranties applying to this vehicle are the Limited warranties made by the manufacturer of the vehicle or accessories, and the Purchaser hereby acknowledges that the Seller has made available, prior to sale, all applicable written warranty terms pursuant to the Magnuson-Moss Warranty Act. The selling Dealer expressly disclaims all warranties, either express or implied, including any implied warranty or merchantability of fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this vehicle. Oral statements relating to the vehicle, made prior to execution of this contract, are not warranties except to the extent that the contrary is expressly set forth in writing. It is understood that such oral statements were not intended to, and did not, form a part of this agreement; they were merely made in the course of negotiations of the parties. Purchaser shall not be entitled to recover from the selling Dealer any consequential damages, damages to property, damages for loss of use loss of time, loss of profits, or income or any other incidental damages. For protection in addition to that afforded by manufacturers' warranties, if any, if available, Purchaser may purchase an extended warranty and/or service contract covering the vehicle. Such extended warranty and/or service contract may be available from a source which is independent and separate from Dealer, and the purchase of such extended warranty and/or service contract at or about the time this agreement is executed shall not be deemed to create any warranty by the selling Dealer. This does not apply to any vintage or antique vehicles.

5. If legal action is necessary to enforce any of the terms of this Agreement, Dealer shall be entitled to collect reasonable attorney's fees incurred in the bringing of the action in addition to any damages otherwise recoverable, including appellate fees. Legal jurisdiction of this contract is in Broward County, State of Florida.

6. Seller (Cars Of Yesterday, Inc.) has advised me that the jurisdiction of this transaction is in Broward County, Florida. I must have a valid driver's license & proof of insurance to legally drive on any Florida road. Seller has advised me that I should immediately secure adequate insurance for the vehicle I am purchasing. I understand that I am solely responsible for paying any registration fees, license plate fees, and any sales tax that may be due in the state in which I register this vehicle. Florida residents who register this vehicle in Florida are subject to either a 6% or 6 1/2% State sales tax.

7. If I decide NOT to take possession of this vehicle at seller's place of business in Broward County, FL., & seller initiates and assists in the shipping of this vehicle to me, I agree that the seller in NOT responsible or liable for any damage to this vehicle sustained while in the possession of the transporter. Unless otherwise specified, I am responsible for paying any/all transportation fees due to the transporter who transports the vehicle I have purchased to the location I have requested. I agree that the seller is NOT responsible for any delay in the delivery of my vehicle. This includes inclement weather, labor strikes, or any other delay beyond the seller's control. All paperwork sent to me pertaining to this sale must be signed and returned to the seller prior to the release of any vehicle I have purchased. I understand the transporter who is transporting my vehicle is responsible for maintaining any/all insurances required by State & Federal laws, which provide coverage of my vehicle while in their possession.

8. The vehicle I have purchased from Cars Of Yesterday, Inc. is being sold to me "as is/where is." The seller has not promised me any warranty or guarantee whatever. I have a complete understanding that this vehicle is used and seller may not know the complete history of this vehicle. I understand the seller has presented this vehicle to me to the best of their knowledge however the accuracy of his description was based on any and all information he was able to obtain concerning this vehicle, either by records, previous owners statements, professional independent inspections, the sellers professional opinion, or statements made to seller by the person who sold or traded in this vehicle.

9. I understand that any warranty I anticipate will be the remainder of any Mfg's warranty presently in effect on this vehicle or E-Bay's 30-day limited power train warranty offered on some automobiles less than 10 years old. Seller has made no verbal promises of any warranty or guarantee other than what is listed on the used car order I have been presented and I have accepted. I understand Florida law requires a vehicle older than 10 years be sold " Mileage Exempt." Any mileage listed is based on the actual reading on the odometer/speedometer. While the car is being offered for sale, in some cases, the car may be driven by seller the actual mileage may increase slightly.

10. Seller has advised me that I may be able to purchase warranty coverage on this vehicle. The Used Car Order I have signed will show whether or not I have purchased any warranty coverage. I understand the seller is NOT a warranty company and is NOT responsible for servicing or honoring any warranty coverage I have purchased.

11. Seller has encouraged and advised me that I can conduct an inspection of this vehicle or have anyone of my choice inspect the vehicle at my expense prior to my placing a bid on sellers E-BAY auction or my decision to purchase this vehicle. The seller had agreed to make the vehicle I am purchasing available for any inspection I request in the Fort Lauderdale, FL area provided I gave seller 24 hours advance notice of when my inspector(s) will arrive.

12. I realize that the vehicle I am purchasing is a used vehicle and any new or used vehicle may not be perfect and may develop mechanical problems at any time. I agree that I have a full understanding of the purchase I have made. I have read and agree to adhere to the term of the EBAY auction in which this vehicle was listed, if said vehicle was purchased through EBAY.

13. ATTENTION VEHICLES TO BE TITLED OUTSIDE OF THE STATE OF FLORIDA. Sales of new or used vehicles to be titled in any other state other than the State of Florida may require low emission vehicle standards for titling in those states. Buyer acknowledges that it is Buyers responsibility to comply with the laws of foreign states and hereby releases Dealer from any liability in connection therewith.

14. We encourage the use of a CARFAX report prior to making any decision to purchase any vehicle offered by Cars Of Yesterday, Inc.

15. The description used whether it be on our web site on the internet www.carsfromyesterday.com, or in an auction on www.ebaymotors.com, or any other type of auction, in any type of advertisement, or an oral description on the telephone, in person, or in the form of an electronic E-mail, is for informational and narrative purposes only. Information contain regarding serial numbers, engine numbers, trim numbers and other codes with reference to the authenticity of any vehicle offered is guaranteed to be the same as contain within a vehicle's ID plate or trim plate or any other numbers as stamped into a vehicles engine block, cylinder heads, transmission, differential or other mechanical components which make up the vehicle. The seller has made a diligent effort to accurately describe this vehicle but does not expressly or implicitly guarantee the accuracy of the above description. Bidder and prospective purchasers are cautioned to conduct their own due diligence, including a physical inspection in person or through a qualified third party inspector or appraiser, before contemplating a purchase or making a bid on this vehicle. In fact, we would welcome such an inspection, and we have expressly made every effort to make the above described vehicle available at a time convenient to the perspective purchaser or their agents prior to purchase or the signing of this contract.

16. The Purchaser having read

BUYER'S SIGNATURE

X _9/2/07_

DATE