**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

John S. Stafford III

        Plaintiff,

v.                Case No.: 1:07–cv–06504
                 Honorable Robert W. Gettleman

Cars of Yesterday, Inc., et al.

        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, )Mailed notice.

Dated: February 12, 2008

                        /s/ Robert W. Gettleman

                        United States District Judge