IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual,<br><br>  Plaintiff,<br><br>-vs-<br><br>CARS OF YESTERDAY, INC., a Florida Corporation; and MARVIN FRIEDMAN, an individual,<br><br>  Defendants. | Court No:    07 C 6504<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## NOTICE OF FILING

**TO:**   Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on February 25, 2008, we filed with the Clerk of the District Court for the Northern District of Illinois, Defendant, Marvin Friedman's Answer to Complaint and Affirmative Defenses, a copy of which is attached hereto and hereby served upon you.

                                    MARVIN FRIEDMAN


                        By:    /s/ Bradley B. Falkof
                                One of His Attorneys

Bradley B. Falkof
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a copy of the foregoing Notice and Defendant's Answer to Complaint and Affirmative Defenses were served on the following:

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

by depositing the same in the U.S. Mail. first-class postage paid, from One N. Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 25th day of February 2008.

                                                /s/ Bradley B. Falkof

CHDS01 BBF 450876v1