IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Court No:    07 C 6504 |
| ) | |
| CARS OF YESTERDAY, INC., a Florida ) | Judge Gettleman |
| Corporation; and MARVIN FRIEDMAN, an ) | Magistrate Judge Denlow |
| individual, ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS, CARS OF YESTERDAY AND MARVIN FRIEDMAN

The Defendants, Marvin Friedman and Cars of Yesterday, Inc., answer Plaintiff's First Set of Interrogatories as follows:

1. Identify each person who provided information or assisted in answering these interrogatories, including their name, job title, address and phone number.

**ANSWER:** Richard Hofberg, President of Cars of Yesterday, Inc., and Marvin Friedman, Defendant and Consultant to Cars of Yesterday, Inc.

2. Identify all persons whom you know or believe to possess knowledge or information that is or may be discoverable or relevant to any claim in Plaintiff's Complaint, and briefly state as to each person the nature and substance of such knowledge or information, and the person's title.

**ANSWER:** Richard Hofberg and Marvin Friedman will testify regarding the nature, scope and cost of reconditioning of the Vehicle. They will also testify regarding the purchase of the Vehicle, including its cost, transport, and condition. They will also testify regarding the eBay ad, the bidding for the Vehicle and conversations between Plaintiff and Marvin Friedman.

Russ Jung
3557 N.W. 9th Terrace
Oakland Park, Florida 33309

Mr. Jung worked on the restoration of the Vehicle's engine.

19. Identify all facts to support your denial of the allegations contained in paragraph 26 of the Complaint.

**ANSWER:** Defendants deny that they made any false or deceptive oral or written statements about the Vehicle and, therefore, denied the allegations contained in paragraph 26.

20. Identify all facts to support your denial of the allegations contained in paragraph 27 of the Complaint.

**ANSWER:** Defendants deny that they made any false or deceptive oral or written statements about the Vehicle and, therefore, denied the allegations contained in paragraph 27.

21. Identify all facts to support your denial of the allegations contained in paragraph 28 of the Complaint.

**ANSWER:** Defendants deny that they made any false or deceptive oral or written statements about the Vehicle and, therefore, denied the allegations contained in paragraph 28.

22. Identify all facts to support your denial of the allegations contained in paragraph 29 of the Complaint.

**ANSWER:** Defendants deny that they made any false or deceptive oral or written statements about the Vehicle and, therefore, denied the allegations contained in paragraph 29.

23. Identify all facts to support your denial of the allegations contained in paragraph 30 of the Complaint.

**ANSWER:** Defendants deny that they made any false or deceptive oral or written statements about the Vehicle and, therefore, denied the allegations contained in paragraph 30. Further, Defendants believe that the Vehicle, if placed for sale at an auction, would result in a recovery of a substantial sum of money.

24. Identify all other lawsuits, charges, claims, complaints, and/or oral or written complaints you have received from customers relating to eBay auctions and/or any alleged fraud or misrepresentations.

**ANSWER:** Defendants object to Interrogatory No. 24, in that it seeks information not calculated to lead to the discovery of relevant evidence. With respect to claims made through

eBay, such claims or complaints are a matter of public record and can be found in the "Feedback Forum" of the eBay website.

    25.    Identify each document or thing that you intend to use or introduce, or that you reserve the right to use or introduce, at any trial in this matter.

**ANSWER:** Defendants intend to use at trial each of the documents attached in response to Plaintiff's Request for Production of Documents, in addition to the Vehicle, the eBay ad, Purchase Contract, and photographs taken of the Vehicle. Defendants reserve the right to supplement their response to Interrogatory No. 25 as additional documents or things are disclosed or found.

    26.    Identify each individual you expect to call as a witness at any trial in this matter, including a brief summary of the subject and nature of their testimony.

**ANSWER:** See Answer to Interrogatory No. 2.

    27.    Identify each expert you expect to call as a witness at any trial in this matter, including a brief summary of the subject and nature of their testimony.

    Dave Rupp
    6601 Shangri-La Lane
    Lantana, Florida

Mr. Rupp has been involved with vintage and collector cars for over 40 years, and is affiliated with Kruse International, the auction company that originally sold this Vehicle to Cars of Yesterday. He is knowledgeable about the reconditioning of vintage cars and their value.

    Donnie Gould
    RM Auctions
    4130 N.E. 6th Avenue
    Fort Lauderdale, Florida

Mr. Gould has been involved with vintage and collector cars for over 30 years, and has sold several of these Cadillac Broughams at RM Auctions throughout the U.S., including at the RM Auction held each year in Fort Lauderdale, Florida. He is knowledgeable about the reconditioning of vintage cars and their value.

    Warren Berliner
    Berliner's Classic Car Museum
    1812 Sterling Road
    Dania, Florida

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Court No:    07 C 6504 |
| ) | |
| CARS OF YESTERDAY, INC., a Florida ) | Judge Gettleman |
| Corporation; and MARVIN FRIEDMAN, an ) | Magistrate Judge Denlow |
| individual, ) | |
| ) | |
| Defendants. ) | |

### ANSWER TO PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANTS, CARS OF YESTERDAY AND MARVIN FRIEDMAN

The Defendants, Marvin Friedman and Cars of Yesterday, Inc., respond to Plaintiff's First Set of Document Requests as follows:

1. All documents identified, referred to, or utilized in responding to any interrogatory directed to Defendants by Plaintiff.

**RESPONSE:** See documents attached hereto.

2. All documents relating to any statements made by any persons with knowledge or discoverable matters, including knowledge of any factual allegations relating to any claims or defenses in the Complaint.

**RESPONSE:** None, other than the Affidavit of Warren Berliner, attached to Defendants' Reply Brief in support of their Motion to Transfer Venue.

3. All documents relating to Repairs performed to the Vehicle by, or at the direction of, Defendants, including, but not limited to, Receipts for the Repairs.

**RESPONSE:** See documents attached hereto. Investigation continues.

4. All documents relating to the vanities added to the Vehicle, as described in the Complaint.

**RESPONSE:** See documents attached hereto. Investigation continues.

5. All documents related to work performed by third-parties on the Vehicle.

**RESPONSE:** See documents attached hereto. Investigation continues.

24.  All documents you intend to rely upon to support your denial of the allegations contained in paragraph 29 of the Complaint.

**RESPONSE:** Defendants object to Request No. 24, as it asks Defendants to prove a negative; that is, to produce documents to show that an event, conversation, statement or occurrence did not take place. Not withstanding such objection, Defendants direct Plaintiff to the documents attached hereto and the witnesses disclosed herein.

25.  All documents you intend to rely upon to support your denial of the allegations contained in paragraph 30 of the Complaint.

**RESPONSE:** Defendants object to Request No. 25, as it asks Defendants to prove a negative; that is, to produce documents to show that an event, conversation, statement or occurrence did not take place. Not withstanding such objection, Defendants direct Plaintiff to the documents attached hereto and the witnesses disclosed herein.

26.  All documents relating to other lawsuits, charges, claims, complaints, and/or oral or written complaints you have received from customers relating to eBay auctions and/or any alleged fraud or misrepresentations.

**RESPONSE:** Defendants object to Request No. 26, as it is not calculated to lead to the discovery of admissible evidence.

27.  All documents that support, negate, refer to or relate to any allegations contained in the Complaint.

**RESPONSE:** Defendants object to Request No. 27, in that it is overbroad and not calculated to lead to the discovery of relevant evidence. Notwithstanding this objection, see the documents attached hereto. In addition, Defendants continue to investigate Plaintiff's allegations and reserve the right to supplement these discovery responses as additional information is obtained.

28.  All documents or things that you intend to use or introduce, or that you reserve the right to use or introduce, at any trial in this matter.