FILE COPY

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

ALEXANDER D. MARKS
DIRECT DIAL NUMBER
(312) 840-7022
amarks@burkelaw.com

May 6, 2008

**VIA FACSIMILE AND REGULAR MAIL**

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606

    Re:    John S. Stafford, III v. Cars of Yesterday, Inc. and Marvin Friedman
            Case No. 07 cv 6504

Dear Mr. Falkof:

    Pursuant to Fed. R. Civ. P. 37.2 and LR 37.2, plaintiff requests that defendants comply with prior written discovery requests as follows:

    **Interrogatory No. 23 and Document Request No. 26**. The interrogatory requested that defendants "identify all other lawsuits, charges, claims, complaints, and/or oral or written complaints you have received from customers relating to eBay auctions and/or any alleged fraud or misrepresentations." The document request sought "all documents relating to other lawsuits, charges, claims, complaints, and/or oral or written complaints you have received from customers relating to eBay auctions and/or any alleged fraud or misrepresentations."

    Defendants objected to both requests based on relevance and stated that the eBay complaints were of public record.

    The information requested above is relevant, or may lead to the discovery of relevant and admissible evidence relating to a pattern of deceptive and/or fraudulent conduct on the part of defendants and to otherwise support the claim for punitive damages. As you know, the Federal Rules of Civil Procedure allow for broad discovery. See Fed. R. Civ. P. 26(b)(1). As such, "[p]arties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party ... [and is of] discoverable matter." See Acevado v. Ace Coffee Bar, Inc., -- F.R.D. --, 2008 WL 538915 (N.D. Ill. Feb. 25, 2008). Relevant information encompasses "any

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Bradley B. Falkof
May 6, 2008
Page 2

matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case." Id. (internal citations omitted). Finally, the information sought "need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." Id. (internal citations omitted).

Defendants' response that the eBay complaints are available online only addresses part of the request, which also encompasses all lawsuits, charges, claims and complaints. Also, we are entitled to see any communications retained by defendants even if they were posted on eBay, because they may no longer be publicly available or the posting could be incomplete. There may also be communications regarding a customer complaint that involved an eBay listing, but were sent separately.

**Document Request No. 3**. This request sought "all documents relating to Repairs performed to the Vehicle by, or at the direction of, Defendants, including, but not limited to, Receipts for the Repairs." In response, defendants' stated, "see documents attached hereto." However, the documents that you produced do not show any receipts reflecting that vendors were actually paid (e.g., copies of cancelled checks etc.) Accordingly, the production was incomplete.

We ask that defendants comply with these requests on or before May 13, 2008. Should you have any questions or wish to discuss this matter, please feel free to contact me or Ira Levin.

Very truly yours,

Alexander D. Marks

cc:   Ira M. Levin
      468716.1

```
************ -COMM. JOURNAL- ******************** DATE MAY-06-2008 ***** TIME 14:56 *********

            MODE = MEMORY TRANSMISSION           START=MAY-06 14:55      END=MAY-06 14:56

              FILE NO.=575

       STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

        001      OK       ª          7595646              003/003   00:00:54
```

*********************************** -        - ***** -            - *********

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR   IBM PLAZA
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE: (312) 840-7000
FACSIMILE: (312) 840-7900

## FACSIMILE TRANSMITTAL FORM

SEND TO:   Mr. Bradley B. Falkof          FAX #:      312/759-5646
           Barnes & Thornburg, LLP        PHONE #:    312//214-8304

DATE:      5/6/08                         CLIENT/MATTER#:   13449-2

SENT BY:   Alexander D. Marks, Esq.       NUMBER OF PAGES:   3
                                          (Include Cover Sheet)

ORIGINAL TO FOLLOW:   YES

COMMENTS:


CONFIDENTIALITY NOTE:

If you have received this fax and are not the addressed recipient, please notify the sender immediately by telephone and return the original message by mail.   Thank you.

Please call our facsimile center at (312) 840-7057 if there is a problem with this fax transmission, or if you wish to confirm the transmission.

13449\00002\465228.1 4/1/2008 9:31 AM