## Marks, Alex D.

**From:** Bradley Falkof [Brad.Falkof@BTLaw.com]
**Sent:** Tuesday, May 13, 2008 1:24 PM
**To:** Marks, Alex D.
**Cc:** Levin, Ira M.
**Subject:** Re: Stafford v. COY, et al.

Alex - Sorry for the delay. As for Interrogatory 23 and Document Request 26, we are standing on our objections.

As for Document Request No. 3, I have asked for the additional information, but Marv Friedman had been tied up with surgery. I hope to have the information within a week. - Brad

Bradley B. Falkof
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606
Phone - 312-214-8304
Fax - 312-759-5646

>>> "Marks, Alex D." <amarks@burkelaw.com> 5/13/2008 12:16 PM >>>

Brad:

We have not received any response to our Rule 37.2 letter, which was served on May 6, 2008, and which requested a response by today.

Please advise if you intend to respond or if we will unnecessarily need to bring a motion to compel.

Thank you for your cooperation.

Very truly yours,
Alex Marks


Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
22nd Floor
330 N. Wabash Ave.
Chicago, Illinois 60611-3607
Tel: 312-840-7000
Fax: 312-840-7900


5/16/2008