## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John S. Stafford III

                          Plaintiff,

v.                                                    Case No.: 1:07–cv–06504
                                                   Honorable Robert W. Gettleman

Cars of Yesterday, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Morton Denlow:Motion hearing held on 5/28/2008 regarding motion to compel.Motion to compel [34] is denied as stated in open Court. Status hearing reset to 7/29/2008 at 10:00 AM. Motions terminated: MOTION by Plaintiff John S. Stafford, III to compel discovery responses[32], MOTION by Plaintiff John S. Stafford, III to compel, as Amended[34]. Status hearing set for 6/10/08 is stricken. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.