## CLERK OF THE COURTS
### ✦ ✦ ✦ BROWARD COUNTY 17th JUDICIAL CIRCUIT OF FLORIDA ✦

Home | Online Services | FAQ | Fine Payments | My Account | Public Search | Downloads | Premium Sear

Search Result

### Party Search

| Select Case | Last Name/ Business Name | First Name | Middle Name | Party D.O.B. or Year of D.O.B | Party Type | ID Type | ID Number | Case Number | Court Type | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| ⊙ | FRIEDMAN | MARVIN | A | | DF | | | CACE90019066 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | A | | DF | | | CACE91022626 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | ALAN | 10/16/1940 | DEF | | | 03066123TI20A | TRAFFIC - INFRACTION | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | ELLIOT | 01/30/1947 | DEF | BCCN | 0693926 | 06010309CF10B | FELONY | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | ELLIOT | 01/30/1947 | DEF | BCCN | 0693926 | 06010310CF10A | FELONY | CASE TRANSFERRED |
| ⊙ | FRIEDMAN | MARVIN | H | | TRST | | | PRC020000316 | PROBATE | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | AT | BARID | 000000000000 | COWE01014971 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | CACE91024190 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | CACE91024679 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | PL | | | CACE96017757 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | COCE97019529 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | CONO92000191 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | PL | | | COWE01014971 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | CACE02022088 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ⊙ | FRIEDMAN | MARVIN | | | DF | | | CACE06001777 | CIVIL DIVISION - CIRCUIT | DISPOSITION ENTERED* |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | COURT |
| ● | FRIEDMAN | MARVIN | | | PL | | | CACE90012795 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ● | FRIEDMAN | MARVIN | | | DF | | | CACE90030784 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* |
| ● | FRIEDMAN | MARVIN | | | DF | | | CACE08007551 | CIVIL DIVISION - CIRCUIT COURT | OPEN |
| ● | FRIEDMAN | MARVIN | | | DF | | | CACE08015470 | CIVIL DIVISION - CIRCUIT COURT | OPEN |

[ View Selected Case ]   [ Perform Another Search ]

Broward County Clerk of the Courts
Contact Us

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**CLERK OF THE COURTS**
*** BROWARD COUNTY 17th JUDICIAL CIRCUIT OF FLORIDA ***

Home | Online Services | FAQ | Fine Payments | My Account | Public Search | Downloads | Premium Search

Search Result

| Party Search | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Select Case | Last Name/ Business Name | First Name | Middle Name | Party D.O.B. or Year of D.O.B. | Party Type | ID Type | ID Number | Case Number | Court Type | Status | State Rep Number |
| ⦿ | CARS OF YESTERDAY INC | | | | DF | | | CACE06019915 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062006CA |
| ⦿ | CARS OF YESTERDAY INC | | | | DF | | | CACE08007551 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062008CA |
| ⦿ | CARS OF YESTERDAY INC | | | | DF | | | CACE08015470 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062008CA |
| ⦿ | CARS R US OF POMPANO BCH INC | | | | DF | | | COWE98006710 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* | 061998SC |
| ⦿ | CARS TRANSPORT OF FLORIDA INC | | | | DF | | | COCE08001431 | CIVIL DIVISION - COUNTY COURT | OPEN | 062008CC |
| ⦿ | CARS TRANSPORT OF FLORIDA INC | | | | DF | | | CACE08003423 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062008CA |
| ⦿ | CARS UNLIMITED | | | | DB | | | COWE93002887 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* | 061993CC |
| ⦿ | CARS UNLIMITED 11 INC | | | | DF | | | CACE06014756 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062006CA |
| ⦿ | CARS WORLD SALES & SERV LLC | | | | DF | | | CONO07007770 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* | 062007CC |
| ⦿ | CARS-N-ME INC | | | | DF | | | CACE99002941 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 061999CA |

| | Name | | | | Type | | Case Number | Division | Disposition | Case ID |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | CARS OF THE RICH AND FAMOUS | | | | DF | | CACE89024599 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 061989CA |
| ○ | CARS OF THE RICH AND FAMOUS | | | | DB | | COCE91013568 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* | 061991CC |
| ○ | CARS OF THE RICH AND FAMOUS L | | | | DF | | CACE89014773 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 061989CA |
| ○ | CARS OF THE RICH AND FAMOUS L | | | | PL | | CACE87003258 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 061987CA |
| ○ | CARS OF YESTERDATY INC | | | | DF | | CACE08007086 | CIVIL DIVISION - CIRCUIT COURT | OPEN | 062008CA |
| ○ | CARS OF YESTERDAY INC | | | | PL | | CACE01015767 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 062001CA |
| ○ | CARS OF YESTERDAY INC | | | | PL | | COSO01005543 | CIVIL DIVISION - COUNTY COURT | DISPOSITION ENTERED* | 062001SC |
| ○ | CARS OF YESTERDAY INC | | | | DF | | CACE02022088 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 062002CA |
| ○ | CARS OF YESTERDAY INC | | | | PL | | CACE01015768 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 062001CA |
| ● | CARS OF YESTERDAY INC | | | | PL | | CACE06014965 | CIVIL DIVISION - CIRCUIT COURT | DISPOSITION ENTERED* | 062006CA |

Page 2 of 5



Broward County Clerk of the Courts
Contact Us