**Marks, Alex D.**

**From:** LUVDG@aol.com
**Sent:** Monday, October 22, 2007 5:27 PM
**To:** John S. Stafford, III
**Cc:** Hyatt34@aol.com
**Subject:** Hyatt's address

Here is our Corporate Attorney's address & phone number.

If you want to waste your money...that's your choice.

Florida's automotive law is strictly "As is/Where is" It clearly states the law...please read your copy.

You signed all the documents required by the DMV

Florida allows a defendant in a law suit to recover all of the legals fees in a case when the defendant wins a suit brought against them by another party. You have an unwinnable action.

You were invited to inspect this car multiple times...you refused.

You got a magnificent 1957 Cadillac Eldorado Brougham!

Venue in this instance would be in Broward County, The State of Florida. You signed our contract which clearly states that. Please read the entire contract that you signed...front & back.

Hyatt Fried, Esq,.
1384 Camellia Circle
Penthouse Suite
Weston, Florida, 33326
954-923-2000

Hyatt has never lost a case for us. Like all good attorney's ...he is very expensive. Once we win, we will sue you for all his legal fees and expenses.

Sincerely;

Dr. Marv Friedman
Cars Of Yesterday, Inc.
4750 N.W. 15th Avenue
Buildings B & C
Ft. Lauderdale, FL., 33309
1-800-930-4002 (toll free within the U.S.)
954-895-7940 (cell)
954-772-7891 (warehouses) (outside the U.S.)

954-772-7776 (fax)
E-mail address:luvdg@aol.com
Museum web site: www.carsfromyesterday.com

CC:Hyatt Fried,Esq.

---

See what's new at AOL.com and Make AOL Your Homepage.

# FRIED & ASSOCIATES, P.A.
## ATTORNEYS @ LAW

1384 Camellia Circle
Penthouse Suite
Weston, Florida 33326

Telephone: (954) 923-2000
Fax: (954) 923-0903
Email: MovieLawyer@aol.com

Hyatt M. Fried, Esq.

January 07, 2005

Mr. Michael Nowak
Mr. Michael Vallio
Mr. J. Vallio
28 Columbus Drive
Bayonne, New Jersey 07002

RE: Purchase Agreement of 1986 Rolls Royce

Gentlemen:

Please be advised, that the below signed law offices are litigation counsel for Cars of Yesterday, Inc. I have reviewed with my clients your complaints and find no merit in the matter. I also caution you to cease your activities as such relate to defamation of our client. I will advise you to seek your own legal counsel, review your sales agreement, as such contractually gives exclusive jurisdiction to any legal matters in Broward County, Florida. If you persist in your continuous false, and slanderous activities, my clients' will consider all legal remedies available to have such activities immediately ceases and money damages awarded.

I suggest that you cease and desist all future contact, comment and issue with our client, or be prepared to resolve this matter in Court, here in Florida. If you have legal counsel, forward this letter to your legal counsel and I will be more than happy to address any legitimate issues.

Sincerely,
FRIED & ASSOCIATES, P.A.

Hyatt M. Fried
HMF/jg

cc: client