IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 07-cv-6504<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an ) Judge Robert W. Gettleman<br>individual ) Magistrate Judge Morton Denlow<br>)<br>Defendants. ) | |

## NOTICE OF MOTION

To:    Service List

PLEASE TAKE NOTICE that on the 12th day of June, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert Gettleman in Room 1703, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Plaintiff's Objection to the Magistrate's Order Denying Plaintiff's Motion to Compel Discovery Responses, a copy of which has been filed electronically and is herewith served upon you.

Date: June 6, 2008

John S. Stafford, III, an individual

By:    /s Alexander D. Marks
One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
312-840-7000
312-840-7900 (facsimile)
472008.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the foregoing Plaintiff's Notice of Motion to be filed electronically in the Northern District of Illinois and to be served electronically on:

Bradley B. Falkof

Barnes & Thornburg, LLP

One N. Wacker Dr., Suite 4400

Chicago, IL 60606

on the 6th day of June, 2008 before the hour of 5:00 pm.

/s Alexander D. Marks