**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

John S. Stafford III

                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06504
                                                      Honorable Robert W. Gettleman

Cars of Yesterday, Inc., et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

        MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held
on 6/12/2008 regarding plaintiff's objection to Magistrate's order denying motion to
compel[37]. Response is due by 6/19/2008. Reply is due by 6/26/2008. Mailed notice
(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.