IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an )<br>individual )<br>)<br>Defendants. ) | Case No. 07-cv-6504<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Morton Denlow |

### NOTICE OF DEPOSITIONS

To:   See Attached Certificate of Service

Plaintiff, John S. Stafford, III, by his undersigned attorney, hereby gives notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, it will take the following depositions:

| **NAME** | **LOCATION** | **DATE & TIME** |
|---|---|---|
| 1) Marv Friedman | Burke, Warren, MacKay & Serritella<br>330 N. Wabash Ave., 22nd Floor<br>Chicago, IL 60611 | June 18, 2008<br>1:00 pm |
| 2) Richard Hofberg | Burke, Warren, MacKay & Serritella<br>330 N. Wabash Ave., 22nd Floor<br>Chicago, IL 60611 | June 19, 2008<br>1:00 pm |

The depositions will be taken before a Notary Public or other person authorized to administer oaths.

John S. Stafford, III, an individual

By: _____
     One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
312-840-7000
312-840-7900 (facsimile)
47099.1

## **CERTIFICATE OF SERVICE**

     The undersigned, an attorney, states that he caused the foregoing Notice of Depositions to be served via facsimile and regular mail on:

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606

on the 28th day of May, 2008 before the hour of 5:00 pm.