**DEAN J. ROTONDO, M.D., P.A.**
Neuropsychiatry

BOCA PLAZA IV
399 WEST CAMINO GARDENS BLVD., SUITE 200
BOCA RATON, FLORIDA 33432
Telephone (561) 368-6853 • Fax (561) 368-1972

June 9, 2008

RE: Marvin A. Friedman
    DOB 10/16/1940

To Whom It May Concern:

Please be advised Marvin Friedman, a 67 year old white man, has been under my care since April 14, 2008. Due to the nature of his current medical condition he is advised to restrict travel and other daily functions to his local south Florida area.

Sincerely,

Dean J. Rotondo, MD
Neuropsychiatry

DJR/jj