## Marks, Alex D.

| | |
|---|---|
| **From:** | Levin, Ira M. |
| **Sent:** | Friday, June 06, 2008 2:19 PM |
| **To:** | 'Bradley Falkof'; Marks, Alex D. |
| **Subject:** | RE: Stafford v. COY - Depositions of Marv Friedman and RickHofberg |

Brad: I read the doctor's letter and it is far from satisfactory. It is written by a neuropsychiatrist, a doctor who deals in mental disorders, and it does not specify the "current medical condition" that would somehow prevent Mr. Friedman from traveling to Chicago. You had advised me that Mr. Freidman could not travel due to either a kidney stone (which obviously would be temporary), a heart condition (of which you could not provide any details) and an unspecified condition relating to Mr. Freidman's service in the military. I am not sure of how any of those relate to the neuropsychiatrist's treatment. We ask that you provide a further explanation as to the medical condition and whether the travel restrictions are limited to a certain time period, or is it Mr. Freidman's position that he can never travel again, outside of south Florida?

As to your interpretation of the rules, we respectfully disagree, but provided there were a satisfactory explanation as to why Mr. Freidman, who is only 67 years of age, cannot travel, we will reconsider our position.

---

**From:** Bradley Falkof [mailto:Brad.Falkof@BTLaw.com]
**Sent:** Friday, June 06, 2008 12:51 PM
**To:** Marks, Alex D.; Levin, Ira M.
**Subject:** Re: Stafford v. COY - Depositions of Marv Friedman and RickHofberg

Ira and Alex - With respect to the depositions of Marv Friedman and Rick Hofberg, please be advised as to the following:

1. Marv Friedman is unable to travel out of local south Florida area. Please see attached a confidential letter from his treating physician, Dr. Dean Rotondo.

2. Setting aside for the moment Marv Friedman's medical issue, I have advised both of you that I am unaware of any rule that allows a party to notice the deposition of another party in a state where the party neither works nor resides. Neither of you has provided me with any rule or case law supporting for such. As a result, the defendants object to appearing for their depositions in Chicago. If we cannot agree to proceed with the depositions in Florida, please let me know and I will prepare a Motion for Entry of a Protective Order.

3. Finally, regardless of the above issues, I am unavailable on June 18th to attend any deposition.

I look forward to discussing these matters with you. - Brad

Bradley B. Falkof
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606

6/13/2008