**DEAN J. ROTONDO, M.D., P.A.**
Neuropsychiatry

BOCA PLAZA IV
399 WEST CAMINO GARDENS BLVD., SUITE 200
BOCA RATON, FLORIDA 33432
Telephone (561) 368-6853 • Fax (561) 368-1972

June 10, 2008

RE: Marvin A. Friedman
　　DOB 10/16/1940

To Whom It May Concern:

Please be advised the exact nature of the medical condition of my patient, Marvin Friedman, is private and privileged information.

I have advised him not to travel outside of South Florida at this time.

It is undetermined at this time as to when he can travel again. He is under my care and treatment and is taking prescribed medicine for his condition.

Sincerely,

Dean J. Rotondo, MD
Neuropsychiatry

DJR/jj