**Marks, Alex D.**

| | |
|---|---|
| **From:** | Levin, Ira M. |
| **Sent:** | Tuesday, June 10, 2008 4:44 PM |
| **To:** | 'Brad.Falkof@BTLaw.com'; Marks, Alex D. |
| **Subject:** | Re: Stafford v. COY - Depositions of Marv Friedman andRickHofberg |

Brad: We can agree that any information given by the doctorwill be kept confidential. However, we clearly do not have information that satisfactorily excuses Mr. Friedman's appearance in Chicago. Can you express this to your client and let him know that our interest in the medical issues is limited to this issue.


Ira M. Levin
Burke, Warren, MacKay & Serritella, P.C.
22nd Floor
330 N. Wabash Ave.
Chicago, Illinois 60611-3607
Tel:  312-840-7000
Fax:  312-840-7900
Direct:  312-840-7065


CONFIDENTIALITY NOTE:
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, contact the sender via reply email and destroy all copies of the original message.

-----Original Message-----
From: Bradley Falkof <Brad.Falkof@BTLaw.com>
To: Marks, Alex D.; Levin, Ira M.
Sent: Tue Jun 10 15:01:14 2008
Subject: RE: Stafford v. COY -  Depositions of Marv Friedman andRickHofberg

Ira -  Attached please find another letter from Dr. Rotondo, the physician treating Marvin Friedman, which I just received.  As you can tell, Dr. Rotondo considers the diagnosis and treatment to be quite private.  I look forward to discussing this matter with you further if you have any additional questions. -  Brad

Bradley B. Falkof
Barnes & Thornburg LLP
1 North Wacker Drive
Suite 4400
Chicago, IL 60606
Phone - 312-214-8304
Fax - 312-759-5646

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of a partner.