IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br><br>Plaintiff, )<br><br>v. )<br> )<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an )<br>individual )<br> )<br>Defendants. ) | Case No. 07-cv-6504<br><br>Judge Robert W. Gettleman<br>Magistrate Judge Morton Denlow |

## NOTICE OF MOTION

To:   Service List

    PLEASE TAKE NOTICE that on the 23rd day of June, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Morton Denlow in Room 1350, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Plaintiff's Motion to Compel Deposition of Marvin Friedman, a copy of which has been filed electronically and is herewith served upon you.

Date: June 13, 2008

                                                        John S. Stafford, III, an individual

                                                        By:   /s Alexander D. Marks
                                                                 One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois  60611
312-840-7000
312-840-7900 (facsimile)
472697.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that he caused the foregoing Notice of Motion to be filed electronically in the Northern District of Illinois and to be served electronically on:

Bradley B. Falkof

Barnes & Thornburg, LLP

One N. Wacker Dr., Suite 4400

Chicago, IL 60606

on the 13th day of June, 2008 before the hour of 5:00 pm.

                                                      /s Alexander D. Marks