IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual,<br><br>    Plaintiff,<br><br>-vs-<br><br>CARS OF YESTERDAY, INC., a Florida Corporation; and MARVIN FRIEDMAN, an individual,<br><br>    Defendants. | Court No:   07 C 6504<br><br>Judge Gettleman<br>Magistrate Judge Denlow |

## NOTICE OF FILING

**TO:**  Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on June 19, 2008, we filed with the Clerk of the District Court for the Northern District of Illinois, Defendants' Response to Plaintiff's Objection to the Magistrate's Order Denying Plaintiff's Motion to Compel Discovery Responses, a copy of which is attached hereto and hereby served upon you.

CARS OF YESTERDAY, INC., and MARVIN FRIEDMAN

By:   /s/ Bradley B. Falkof
        One of Their Attorneys

Bradley B. Falkof
Brett H. Pyrdek
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the foregoing Notice and Defendants' Response to Plaintiff's Objection to the Magistrate's Order Denying Plaintiff's Motion to Compel Discovery Responses was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from One Wacker Drive, Chicago, Illinois. Parties may access this filing through the Court's system.

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

                                                                       /s/ Bradley B. Falkof

CHDS01 BBF 470876v1