# I-TRACE, LTD.

**ILLINOIS LICENSED INVESTIGATIVE SERVICES**

June 10, 2008

## CRIMINAL BACKGROUND INFORMATION
NAME AND DATE OF BIRTH SEARCH

| | |
|---|---|
| NAME: | FRIEDMAN, MARVIN ALAN |
| ALIAS: | |
| SS#: | 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 |
| D.O.B.: | 10-16-1940 |
| SEX: | MALE |
| RACE: | WHITE |
| HT: | @ 6'00" |
| WT: | @ 170 |
| HAIR: | BROWN |
| EYES: | BROWN |

FBI# :  13478527
STATE ID# :
CHICAGO IR# :
OTHER:

## ARREST INFORMATION

03-02-1966    UNLAWFUL REC POSS MERCH-EMBEZZLED IN I/S
              U.S. MARSHALLS, MIAMI FLORIDA
              GUILTY

07-04-1992    MONROE COUNTY COURT, FLORIDA
              ATTACHED REGISTRATION LICENSE PLATE NOT ASSIGNED-MISDEMEANOR
              CASE NO.: MMP9200305
              08-19-1992-PLEA- NOLO CONTENDERE-ADJUDICATION

11-22-1994    MONEY LAUNDERING
              DEA – FORT LAUDERDALE, FLORIDA
              CASE NO.: GS912006
              CONVICTED-57 MONTHS PRISON 6-7-1995

( CONTINUED TO PAGE 2 OF 2 PAGES)

853 N. QUENTIN ROAD, #115, PALATINE, ILLINOIS  60067     PHONE: (847) 202-4600     FAX: (847) 202-5233

FRIEDMAN, MARVIN ( PAGE 2 OF 2 PAGES)

| | |
|---|---|
| 02-24-1995 | CHARGE 1-FRAUD-3 COUNTS ( 18 USC 134)<br>CHARGE 2-DOMESTIC ASSUALT BY AN HABITUAL OFFENDER (18 USC 982 A2)<br>CASE NO.: 48394004<br>U.S. MARSHALS, MIAMI, FLORIDA<br>PLEA BARGAIN 6-19-1995 |
| 09-29-1995 | MONEY LAUNDERING BANK FRAUD<br>GEORGIA FBI<br>CASE NO.: 48394004<br>CONVICTED- 57 MONTHS PRISON 03-06-1997 |