

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

DAVID ADES,

    Plaintiff(s),

    vs.

CARS OF YESTERDAY, INC.,

    Defendant(s).

Case No.:

GENERAL JURISDICTION DIVISION

## COMPLAINT

Plaintiff, DAVID ADES, by and through the undersigned counsel, hereby brings this civil

action against Defendant, CARS OF YESTERDAY, INC., and in support alleges:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter in that it is an action for damages in an

amount that is greater than $15,000.00 exclusive of all costs, interest and attorney's fees.

2.    Venue is proper in Broward County in that the Defendant is located in Broward

County and all payments herein were to be made in Broward County, Florida.

### PARTIES

3.    Plaintiff, DAVID ADES, is a resident of Quebec, Cananda.

4.    Defendant, CARS OF YESTERDAY, INC., is a domestic corporation which

maintains a business office in Broward County, Florida.

### COUNT I
### BREACH OF CONTRACT

5.    Plaintiff repeats and realleges paragraphs 1 through 4 in their entirety as paragraph 5.

6.    This is a cause of action for damages by Plaintiff against Defendant for breach of

contract.

7.     In April, 2007, Defendant offered for auction a 1967 Lincoln Continental convertible automobile on eBay.

8.     On April 16, 2007, Plaintiff accepted Defendant's offer by placing the winning bid on the auction. The winning bid was for $24,995.00.

8.     The winning bid created a binding contract upon both parties. The terms of the contract are the terms of the eBay auction listing. A true and correct copy of the eBay auction is attached hereto as Exhibit "A".

9.     The express terms of the contract state that the automobile was "Just Restored" and that many parts of the automobile were either new or recently rebuilt.

10.     On April 17, 2007, Plaintiff and Defendant signed a written Purchase Contract for the purchase and sale of the aforementioned automobile. A true and correct copy of the purchase contract is attached hereto as "Exhibit B".

11.     The attempted Warranty Disclaimer drafted and attached to the contract by Defendant is contrary to and inconsistent with the express terms of the auction and as such must be stricken from the contract and given no effect.

12.     Plaintiff has at all times performed all the stipulations, conditions, and agreements stated in the contract to be performed and has done so in the manner specified by the contract.

13.     Defendant has failed and refused, and still fails and refuses, to perform on the contract.

14.     Specifically, Defendant has committed a material breach of the contract by failing to deliver a 1967 Lincoln Continental fit for ordinary road usage, in good mechanical working condition, and in acceptable cosmetic appearance.

15.    In fact, the automobile sold to Plaintiff had numerous <u>concealed</u> mechanical defects requiring extensive repairs as well as requiring substantial cosmetic repairs and refinishing.

16.    The mechanical condition of the car is in fact so poor that the Canadian Department of Motor Vehicles has deemed the car unfit for the road.

17.    By reason of Defendants breach, the automobile requires extensive mechanical and cosmetic repairs to restore the automobile to the "Just Restored" condition which Defendant expressly warranted the car to be in.

18.    By reason of the foregoing breach, Plaintiff has been damaged in the sum of more than $15,000.00, no part of which has been paid.

19.    Plaintiff has satisfied all conditions precedent prior to filing this suit.

WHEREFORE Plaintiff, DAVID ADES, prays for a judgment against Defendant, CARS OF YESTERDAY, INC., for an amount greater than $15,000.00 as damages for breach of contract, prejudgment interest,  and any other further relief this Court deems proper and just.

## COUNT II
## BREACH OF EXPRESS WARRANTY

20.    Plaintiff repeats and realleges paragraphs 1 through 4 in their entirety as paragraph 20.

21.    This is a cause of action by Plaintiff against Defendant for a breach of an express warranty.

21.    On or about April 16, 2006, Plaintiff and Defendant entered into a contract for the purchase and sale of a 1967 Lincoln Continental.

22.     Defendant expressly warranted the automobile to be in "Just Restored" condition. Defendant affirmed as fact that the automobile was sold with a retuned motor, detailed engine compartments, rebuilt carburetor, rewired spark plugs, and replaced and/or rewired convertible top mechanism. A true and correct copy of the eBay auction listing containing Defendant's assertions of facts is attached as "Exhibit A".

23.     On April 17, 2007, Plaintiff and Defendant signed a Purchase Contract for the aforementioned automobile. A true and correct copy of the purchase contract is attached hereto as "Exhibit B".

24.     The attempted Warranty Disclaimer drafted and attached to the contract by Defendant is contrary to and inconsistent with the express terms of the auction and as such must be stricken from the contract and given no effect.

25.     Subsequent to the winning bid, but prior to taking possession, Defendant, by and through its agent, Dr. Marv Friedman, asserted that thousands of dollars and many months were spent in the restoration of the automobile. Defendant, by and through its agent, Dr. Marv Friedman, further asserted that the car "looks and drives magnificent!." A true and correct copy of the email sent from Defendant on April 16, 2007 is attached hereto as "Exhibit C".

26.     Such subsequent assertion of fact and additional assurances became part of the express warranty as to the condition of the automobile and required no consideration.

27.     The affirmation and/or promise as to the "Just Restored" condition of the automobile induced the Plaintiff into bidding and ultimately purchasing the automobile from Defendant.

28.    Upon taking possession of the automobile and subsequent inspection, Plaintiff discovered that the automobile was sold with major mechanical defects. The mechanical defects will require substantial repair and/or replacement work. The automobile also requires substantial cosmetic repair an re-finishing work.

29.    In fact, the Canadian Department of Motor Vehicles has deemed the vehicle unfit for the road.

30.    Any oral and/or written statement attempting to disclaim the express warranty of the condition of the automobile is contrary to and inconsistent with the express warranty and statements of fact. As such, any disclaimer inconsistent with the express must fail.

31.    Defendant was given notice of the foregoing breach on October 29, 2007. A true and correct copy of the letter to Defendant is attached hereto as "Exhibit D".

32.    By reason of the foregoing breach of warranty, Plaintiff was injured in an amount greater than $15,000.00 for remedial mechanical and cosmetic repairs to the 1967 Lincoln Continental purchased from Defendant.

WHEREFORE Plaintiff, DAVID ADES, prays for a judgment against Defendant, CARS OF YESTERDAY, INC., for an amount greater than $15,000.00 as damages for breach of an express warranty, prejudgment interest,  and any other further relief this Court deems proper and just.

## COUNT III
## FRAUD AND MISREPRESENTATION

33.    Plaintiff repeats and realleges paragraphs 1 through 4 in their entirety as paragraph 33.

34.    This is an action for damages by Plaintiff against Defendant for fraud and misrepresentation.

35.     Defendant by and through its agents, made certain false and fraudulent misrepresentations of material facts to Plaintiff concerning the mechanical condition and cosmetic appearance of a 1967 Lincoln Continental offered for sale on an eBay auction listing.

36.     Specifically, Defendant stated that the car was in "Just Restored" condition, was in good mechanical working condition, and was in good cosmetic appearance. Specifically, Defendant stated that years had been spent restoring the automobile, that all the interior and carpeting was replaced, that the chrome and pot metal was re-plated or replaced, that the motor of the convertible top mechanism was rewired and replaced, that the motor was tuned and detailed, that the electric window motors were replaced, that all the rubber was replaced, and that the car was repainted.

37.     In fact, the automobile contained major concealed mechanical defects and requires extensive mechanical and cosmetic repairs.

38.     Defendant made the foregoing statements with knowledge that they were false with the intent that the Plaintiff rely and act upon them.

39.     The defects were not readily ascertainable and were in fact concealed.

40.     By reason of Plaintiff's reliance on these false and fraudulent statements, Plaintiff bid on and subsequently purchased the automobile from Defendant.

41.     Plaintiff reasonably relied upon these false and fraudulent misrepresentations to Plaintiff's detriment and Plaintiff could not reasonably ascertain the truth of the same.

WHEREFORE Plaintiff, DAVID ADES, prays for a judgment against Defendant(s), CARS OF YESTERDAY, INC., for and amount greater than $15,000.00 as damages for fraud and misrepresentation, prejudgment interest, and any other further relief this Court deems proper and just.

Respectfully submitted:

RUSSELL LAW OFFICES
28 West Flagler Street, Suite 201
Miami, Florida 33130
Tel. (305) 373-3826
Fax (866) 722-1165

By: _____
            Patrick Russell, Esq.
            Fla. Bar No. 995568



home | pay | register | sign in | site map     Start new search     Search
Buy   Sell   My eBay   Community   Help         Advanced Search

⬅ Back to home page     Listed in category: eBay Motors > Cars & Trucks > Lincoln > Continental

## 1967  Lincoln : Continental                    Item number: 4629139369

**Bidder or seller of this item?** Sign in for your status           Email to a friend | Printer Version

### Bidding has ended for this item

If you are a winner, Sign In for your status.          Learn more about private listings.



View larger picture

| | |
|---|---|
| Winning bid: | **US $24,995.00** |
| | (Approximately C $28,331.84) |
| Ended: | **16-Apr-06 17:19:46 EDT** |
| Sells to: | Worldwide |
| Item location: | Ft. Lauderdale, FL, United States |
| History: | 23 bids |
| Winning bidder: | User ID kept private |
| You can also: | Email to a friend | Sell one like this |

**Meet the**
Seller:
Feedback:
Member:

✉ Read f
↻ Add to
↳ **View S**

**Ask sell**
☑ Em

**Buy safe**
1. **Check**
   Score:
   Read fe

2. **Learn I**
   **Free b**
   **covera**
   eBay p
   in fraud
   vehicle.

**Listing and payment details:  Show**

## Description                          Seller assumes all responsibility for listing this item.

*Item Specifics - Cars & Trucks*

### Lincoln  :  Continental
### 1967 Lincoln Continental Convertible "Just Restored"

| | | | |
|---|---|---|---|
| Mileage: | **17005** | Number of Doors: | **4 doors** |
| Transmission: | **Automatic** | Interior Colour: | **Tan** |
| Number of Cylinders: | **8 - Cyl.** | Year: | **1967** |
| Warranty: | **No** | VIN: | **--** |
| Type of Title: | **Clear** | Exterior Colour: | **White** |
| Condition: | **Used** | Inspection: | **--** |

EXHIBIT

*A*

Fuel Type:              **Gasoline**

**Options computed attr**
Convertible              Power Windows

This translation is provided as a service. eBay cannot guarantee      View Item Specifics in original language.
its accuracy.

## Vehicle Description

# Gorgeous Suicide 4/door Convertible with 17,005 miles!

Exterior: White

Interior: Tan

Convertible top: White

Serial Number: 7Y86G828247

Mileage: 17,005 (Title states "Actual Mileage")

We have spent the past year restoring this magnificent Lincoln Continental Convertible!

These cars were produced from 1961 until 1967 with 67 being the last year for this incredible car. Lincoln is reported to have lost $2000 on every car produced.

We replaced all of the interior and carpeting ...it looks and feels fantastic.

Much of the chrome and pot metal was re plated or replaced.

We also rewired and replaced most of the motors and relays and wiring in the convertible top mechanism.

The motor was tuned up and the engine compartment detailed.

The carb was rebuilt and the spark plug wiring replaced.

We also replaced several of the electric window motors and the driver's seat motor as well.

All of the rubbers were replaced when the car was repainted.

If you have been looking for a really nice Continental convertible...here it is!

Thanks and best of luck!

**Vehicle Inspection**

Arranging for an independent third-party inspection is a great way to validate a seller's claims about a vehicle's condition. eBay Motors recommends arranging your inspection through SGS Automotive. With their 150-point vehicle inspection, SGS Automotive helps you build the confidence that is crucial to any vehicle sale.

Please click here for more information...

If you have any questions...please e-mail me at luvdg@aol.com..You can call us Toll-Free at (800) 930-4002 or you may reach me at 954-895-7940

Digital pictures are presented courtesy of the high speed server of Cars Of Yesterday.

To see the other eBay auctions from carsfromyesterday click here

# Important!!!!! Please Read!!!!

Please be sure you have the ability to send a 20% Bank wire transfer or Bank cashiers check within 48 hours if your the winning bidder and be able to pay the balance within 7 days thereafter. (also a bank check) Do NOT place any bids on any of our cars if you first need to obtain financing. If you need to trade in a vehicle in order to purchase a car, please send me photos and details on your trade so we can discuss it's value on the telephone at 1-800-930-4002.

We are NOT a broker and hold a vaild Florida Dealer's license in good standing.. We own all the vehicles we offer for sale on EBay. In a rare instance, if we do not own an offered vehicle, we will state so in our auction copy.

This vehicle is being sold without a warranty, unless it is a relatively new vehicle which in that case is covvered by any and all remaining factory warranty.; If the factory warranty is expired,it is sold AS IS and WHERE IS. The description above is for informational and narrative purposes only. Information contain regarding serial numbers, engine numbers, trim numbers and other codes with reference to the authenticity of any vehicle offered is guaranteed to be the same as contain within a vehicle's ID plate or trim plate or any other numbers as stamped into a vehicles engine block, cylinder heads, transmission, differential or other mechanical components which make up the vehicle.The seller has made a diligent effort to accurately describe this vehicle but does not expressly or implicitly guarantee the accuracy of the above description. Bidders and prospective purchasers are urged and cautioned to conduct their own due diligence, including a physical inspection in person or through a qualified third party inspector or appraiser, before contemplating a purchase or making a bid on this vehicle.In fact, we would welcome and encourage such an inspection, and will make every effort to make the above described vehicle available at a time convenient to the perspective purchaser or their agents.

CARFAX reports are only available on vehicles made from 1981 until present. If requested by any potential buyer, we would be pleased to fax you a copy of a complete CARFAX report, as

long as it is available and in our possession.

We do NOT charge any type of fees....NONE! We reserve the right to notify bidders and cancel this auction. We shall not be held liable for any such cancellation and/or closure. We reserve the right to cancel bids from those with excessive negative feedback. Placing your bid on this auction constitutes your agreement and acceptance of these terms and conditions. We have received many e-mails and phone calls over the past several years wondering why we are running private auctions, which conceal the identities of our bidders to the general public. The answer is simple. We become aware that unscrupulous individuals have been attempting to save auction fees by soliciting other sellers' bidders via unwanted, and sometimes offensive, emails. In order to protect our customers from this illegal and annoying practice, as well as to protect our auctions from such interference, we have elected to use eBay's Private Auction feature, which was designed to alleviate this exact problem.



































 **Top Seller Award**

For your outstanding business selling vehicles on eBay Motors and your
commitment to serving the eBay community, we recognize

*luvdg*

as a Top 250 auto seller for 2004.
We thank you for your dedication to the eBay Motors marketplace!

Simon Rothman
Vice President/General Manager eBay Motors



On Apr-07-06 at 05:18:56 PDT, seller added the following information:



SquareTrade © AP6.0 squaretrademotorsseal

## Summary of My Selling Policies

**Payment**      We will accept PAYPAL Only as a non-refundable deposit.

               Payment preferred is a bank wire transfer or Bank Cashier's Check

**Fees**        NO FEES of any type.

               6% sales tax on vehicles delivered within the State of Florida

**Shipping**     We ship throughout the U.S. and Internationally as well.

               Have more than 20 domestic trucking companies available...both open & enclosed all at great rates.

               Customer pays shipping COD and pays the freight fowarder direct on out of U.S. cars.

**Delivery**     Once car is paid for in full, car is scheduled to be picked up ASAP by trucker or

customer.

| | |
|---|---|
| **Refunds & Returns** | No refunds on any cars. |
| **Contact Me** | 1-800-930-4002 (within the U.S.)<br>1-954-772-7891 (outside U.S.)<br>Cell phone:(954) 895-7940<br>FAX:(954) 772-7776<br>E-Mail:luvdg@aol.com<br>Web site: www.carsfromyesterday.com |

**BID WITH CONFIDENCE**
Read my policies on my SquareTrade Seal
stwithpolicies

---



Free Counters powered by Andale!

## Shipping, payment details and return policy

See item description for shipping details.

Will sell to Worldwide only.

**Payment methods accepted**

- Cashier's Cheque (certified from US or Canadian bank) or money order
- Cash (in person)

Learn about payment methods.

**Full payment**
Required within 7 days of auction close.

**Seller's payment instructions**
See Item Description for details.

## eBay recommended services

**eBay Motors Explained**

How to Buy on eBay Motors - Tips & Help
Shipping Services - Hansen's car & truck transport
Purchase Protection - Up to C$25,000 on cars & trucks

## Where to go next?

 Back to home page  |  Printer Version

About eBay | Announcements | Security Centre | Policies | Site Map | Help | Kijiji Classifieds

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective o'
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

**RS OF YESTERDAY, INC.**
"Yesterday's Memories & Tomorrow's Investments"

50 N.W. 15th Ave. #B
. Lauderdale, FL 33309
www.carsfromyesterday.com

Phone: 800.930.4002
Fax: 954.772.7776
Local: 954.772.7891

Email: LUVDG@aol.com
Cell: 954.895.7940

# PURCHASE CONTRACT
## № 001713

| | | |
|---|---|---|
| PURCHASER David Ades | DRIVER'S LICENSE NO. | DATE OF BIRTH | RESIDENCE PHONE |
| CO-PURCHASER | DRIVER'S LICENSE NO. | DATE OF BIRTH | BUSINESS PHONE |
| ADDRESS 323 Stanstead Ave | CITY Mount Royal | STATE Quebec Canada | ZIP H3R 1x5 | CELLULAR 514-239-0613 |
| VEHICLE NUMBER 7Y86G828247 | E-MAIL ADDRESS | | | OTHER CONTACT NUMBER |

**PURCHASE VEHICLE**

| YEAR | MAKE | MODEL | COLOR | BODY | ENGINE | TRANSMISSION | MILEAGE |
|---|---|---|---|---|---|---|---|
| 1967 | Lincoln | Continental | White | 4 dr | 8-cyl | Auto | 17,031 |

**TRADE IN DESCRIPTION**

| BALANCE OWED | BALANCE OWED TO WHOM | ACCOUNT NUMBER | GOOD TILL | LIEN | TALKED TO |
|---|---|---|---|---|---|
| ADDRESS | | CITY | STATE | ZIP | PHONE NO. |
| YEAR | MAKE/MODEL/TYPE | | V.I.N. | | MILEAGE |
| 2ND TRADE/YEAR | MAKE/MODEL/TYPE | | | | |
| V.I.N. | PAYOFF | MILEAGE | | | |
| BALANCE OWED TO WHOM | ACCT. NO. | GOOD TILL | | | |
| TALKED TO | ADDRESS | CITY STATE ZIP | PHONE | | |

EQUIPMENT

| | |
|---|---|
| TOTAL PRICE OF VEHICLE | 24,995 |
| TRADE ALLOWANCE | |
| BUYERS DIFFERENCE | |
| ADDITIONAL EQUIPMENT | |

I certify that I have read in its entirety the front and back of this purchase contract, and agree to abide by all the terms and conditions contain therein.

Accepted and initialed by purchaser X

**PLEASE BE SURE TO BRING**
1. TITLE TO YOUR TRADE
2. REGISTRATION IF TRANSFERRING YOUR TAG
3. PROOF OF INSURANCE WITH AGENT'S NAME & ADDRESS

**ALL USED VEHICLES ARE SOLD AS IS WHERE IS**

## THIS IS A CONTRACT TO PURCHASE THE ABOVE VEHICLE

| | | |
|---|---|---|
| TAXABLE SUBTOTAL | | |
| SALES TAX | Out of Country N/A | |
| ESTIMATED TAG, TITLE & REGISTRATION | ☐ TRANSFER TAG  ☐ NEW TAG  ☐ NEW DECAL | |
| SUBTOTAL | | |
| BALANCE OWING ON TRADE | Customer agrees to pay any difference between this figure and actual pay off figure as quoted by lien holder. | |
| TOTAL PRICE | | |
| DOWN PAYMENT | | |
| UNPAID BALANCE | | |
| AMOUNT FINANCED | | |
| TOTAL | | 24,995 |

X _____
PURCHASER SIGNATURE          DATE

ACCEPTED BY _____  REP OF CARS OF YESTERDAY, INC.          04/17/06 DATE

_____
PURCHASER SIGNATURE          DATE

EXHIBIT
B

ALL-STATE LEGAL®

WHITE (BUYERS)                                                                          PINK (DEALER'S COPY)

**PLEASE SEE, REA_____RSE SIDE**

# WARRANTY    DISCLAIMER

DATE: 4/17/06

DEALER (SELLER) Cars of Yesterday    PURCHASER (BUYER) David Ades
ADDRESS    4750 NW 15th ave #B    ADDRESS 323 Stanstead ave
Ft. Laud, FL 33309    Mount Royal, Canada H3R 1X

DEALER (SELLER) HAS SOLD TO PURCHASER (BUYER) THE BELOW DESCRIBED VEHICLE:

VEHICLE INFORMATION: YEAR 1967    VEHICLE IDENTIFICATION NO. 7Y86682B247
MAKE Lincoln    MODEL Continental

DEALER (SELLER) MAKES THE CONDITION OF THIS SALE WITH REGARD TO MERCHANTABILITY OF ABOVE DESCRIBED VEHICLE AS FOLLOWS:

## "AS IS" DEALER WARRANTY DISCLAIMER

EXPLANATION OF DEALER'S WARRANTY DISCLAIMER WITH REGARD TO ABOVE DESCRIBED VEHICLE.

THIS USED MOTOR VEHICLE IS SOLD WITHOUT ANY WARRANTY, EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECTS THAT MAY PRESENTLY EXIST OR THAT MAY OCCUR IN THE VEHICLE. THE DEALER (SELLER) SHALL NOT HAVE ANY RESPONSIBILITY FOR CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES WITH RESPECT TO ANY DEFECT OR MALFUNCTION OR UNFITNESS OR OTHER DEFICIENCY OF THIS VEHICLE. THE DEALER MAKES NO WARRANTIES, REPRESENTATION OR ASSURANCES THAT THE MOTOR VEHICLE CONTAINS ONLY ORIGINAL MANUFACTURER INSTALLED OR MANUFACTURER REBUILT COMPONENTS, PARTS OR ACCESSORIES.

(BUYER) PURCHASER ACKNOWLEDGES THAT HE HAS READ, UNDERSTANDS AND ACCEPTS ALL OF THE PROVISIONS OF THIS WARRANTY DISCLAIMER COVERING THE VEHICLE ABOVE DESCRIBED.

# AS IS    Read Before Signing

X _____
(Buyer)

**ORIGINAL TO BUYER**

Distributed by DANNY'S DEALER SUPPLIES, W. PALM BEACH, FLA. 1(800) 724-4386 - (561) 822-9994    DDS 103 R.6

**David Ades**

From:      <LUVDG@aol.com>
To:        <ades@sympatico.ca>
Sent:      Sunday, April 16, 2006 5:33 PM
Subject:   1967 Lincoln Continental

Yours was the winning, auction ending bid on my gorgeous 1967 4 door
Lincoln Continental Convertible on Ebaymotors.com

My name is Dr. Marv Friedman

## My car museum, Cars Of Yesterday, Inc. owns this 1967 Lincoln suicide 4 door Continental Convertible  free & clear.

## www.carsfromyesterday.com

## Your Lincoln is safely stored at:

## Cars Of Yesterday,Inc.
## 4750 N.W. 15th Avenue
## Building B
## Ft. Lauderdale,FL. 33309

## All cars, including this one  are stored in our air-conditioned warehouse's. They are all steel & concrete buildings, with no windows, protected by alarm & fire security systems and monitored 24/7 by TV cameras...your car is SAFE!

## Phone contact numbers:
## 1-800-930-4002 (our warehouse)
## 954-895-7940 (my cell)
## 954-579-6104 (My son Shawn's cell number)
## 954-954-829-9378 (Rick's number)
## 954-772-7891...fax line

7/19/2006



EXHIBIT

*C*

ALL-STATE LEGAL®

**561-483-2511...my home number**

**Please e-mail us your phone contact numbers and your name and address so tomorrow we can send you all of the necessary paperwork via FedEx. When you receive it, please sign all documents, keep the top original copy and return the other copes to us..**

**Please send a Bank wire  to Cars Of Yesterday, Inc. for $24,888 for payment of this 1967 Lincoln Convertible.**

**There are NO fees or any charges other than the price of the car.**

**I would be happy to help assist you in arranging to have the Lincoln shipped to you on a bonded, licensed and insured carrier.**

**My Account is listed at Wachovia Bank under Cars Of Yesterday,Inc.**

**Account number: 2-0000-2573-1608**

**ABA routing number is 063-0000-21**

**SWIFT CODE : PNBP-US-33 (this is needed for outside the U.S. bank transfers)**

**My bank is Wachovia**
**1700 W. Commercial Blvd.**
**Ft. Lauderdale,FL 33309**
**954-467-5264**

**Feel free to call my bank as a reference...They know me very well and I have been a customer at this bank for 5 years.**

**Please let me know when the wire has been sent.**

7/19/2006

You will love this Lincoln...it looks and drives magnificent!   and we spent many $1000's of dollars restoring this car over the past 12 months.

Regards;

Marv

7/19/2006

# RUSSELL LAW OFFICES

ATTORNEYS AND COUNSELORS AT LAW
COURTHOUSE PLAZA
28 WEST FLAGLER STREET, SUITE 201
MIAMI, FLORIDA 33130

TELEPHONE (305) 373-3826                                FACSIMILE: (866) 722-1165

October 29, 2007

**VIA CERTIFIED MAIL AND REGULAR U.S. MAIL**

Dr. Marv Friedman
Cars of Yesterday, Inc.
4750 NW 15th Ave., #B
Fort Lauderdale, FL 33309

Re:    File Name: *Ades/Cars of Yesterday*

Dear Dr. Friedman,

David Ades has retained the undersigned as legal counsel with respect to 1967 Lincoln Continental Convertible sold by you through an eBay auction listing. The condition of the vehicle was advertised as "Just Restored" and in full and good working mechanical condition. However, upon further inspection by a certified mechanic, the condition of the vehicle is extremely poor with many major mechanical defects requiring extensive repairs. The defects were not readily ascertainable and were in fact concealed. Additionally, the Canadian Department of Motor Vehicles has deemed the vehicle unfit for the road. The eBay listing expressly warrants that you have spent years restoring the automobile. Further, the cosmetic appearance of the car will also require substantial repair and re-finishing, work which was warranted by you to have been previously done.

Demand is hereby made to remedy all mechanical and cosmetic deficiencies of the 1967 Lincoln Continental Convertible sold by you though an eBay auction listing.

I would suggest that you contact me to prevent the filing of a lawsuit. All inquiries should be directed to the undersigned.

Sincerely,

Patrick Russell, Esq.



58877-7

# CACE

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

DOUGLAS D. SNYDER,

        Plaintiff,

vs.

MARVIN FREIDMAN, individually,
and CARS OF YESTERDAY INC., a corporation,

        Defendants.

_____/

GENERAL JURISDICTION DIVISION

Case No.:_____ **0619915**

:

# 13

## COMPLAINT

COMES NOW the Plaintiff, DOUGLAS D. SNYDER, by and through his undersigned

counsel, and sues Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., and

states as follows:

1.     This is an action for damages in excess of $15,000, exclusive of interest and costs.

2.     At all times material hereto, the Plaintiff, DOUGLAS D. SNYDER, was a

    resident of Jefferson County, Ohio (hereinafter referred to as "Plaintiff").

3.     At all times material hereto, Defendant, MARVIN FRIEDMAN, was a resident of

    Broward County, Florida, and is otherwise sui juris.

4.     At all times material hereto, Defendant, CARS OF YESTERDAY INC., was a

    Florida corporation licensed to and doing business in Broward County, Florida

    and the owner/seller of a 1957 Chevrolet Bel Air Convertible 150/210, VIN

    VC57L203563 (hereinafter the "Chevrolet"), with a "buy now" price on Ebay of

    $59,888.00, in Broward County, Florida.

RECEIVED CLERK, CIRCUIT COUNTY COURT BROWARD COUNTY, FL 2006 DEC -8 AM 8: 11 CIRCUIT CIVIL

OW #73207
515-2
D-2      H/B

CASE NO._____

**Statement of Facts**

5.    On or about June 19, 2006, Defendants, MARVIN FRIEDMAN and CARS OF YESTERDAY INC., posted for sale the Chevrolet in question on Ebay with a "buy now" price of $59,888.00.

6.    The Chevrolet was advertised as being in "show condition" and having recently undergone a $70,000 high dollar "body off" restoration, the 283 engine was to have been completely rebuilt as was the generator, water pump and transmission.

7.    Further, it was advertised that the Chevrolet had been partially rewired and had all new interior carpets and had its top replaced and the chrome and that the pot metal had been refinished.

8.    Following discussions with Marvin Freidman regarding the condition of the Chevrolet, on or about May 25, 2006, the Plaintiff agreed to purchase the Chevrolet for the full price of $59,888.00 and entered into an agreement with Defendant for the same.

9.    On or about June 9, 2006, Plaintiff received the Chevrolet and discovered that the vehicle was not in the condition as had been advertised.  Specifically, the Chevrolet had not received a "body off" restoration, an engine overhaul, transmission overhaul, charging system was not working, wiring was burned up, and the car would not start.

10.    Further, the Chevrolet, upon receipt, had numerous nonconformities with the representations and advertisement for sale of the vehicle, including, but not

CASE NO._____

limited to, the body of the Chevrolet had been filled with bondo and had been painted over. The chrome had not been removed from the car prior to the car being painted and, therefore, the chrome has visible overspray on it. And, the radiator and transmission of the subject vehicle were in very poor condition.

11. Upon Plaintiff's discovery, on or about June 9, 2006 that the subject vehicle did not conform to the advertised offer, Plaintiff contacted Marvin Freidman and revoked acceptance of the subject vehicle and requested a refund by email correspondence dated June 9, 2006. The same has been denied by the Defendant.

12. The subject vehicle is in substantially the same condition as received and has not been involved in an accident or sustained any damage since the Plaintiff's purchase of the vehicle and receipt of same from the Defendant on June 9, 2006.

13. As a result of the aforesaid, Plaintiff has been deprived of the benefit of his bargain and was deceived into purchasing a vehicle worth far less than the amount paid and whose resale value is greatly diminished, has been unable to recover the funds paid for the vehicle, and has overpaid and will continue to overpay for insurance and taxes; has experienced and will continue to experience problems with the vehicle due to the undisclosed, nonconforming condition and has lost the use of the full value of the vehicle; has and will have to pay funds in an effort to complete repairs and restorations to the vehicle in relation to the undisclosed condition and will incur expenses for engine, transmission and electrical, and body repairs.

CASE NO. _____

14.    Plaintiff has been greatly shocked, angered, humiliated, embarrassed, annoyed, aggravated, and inconvenienced by the Defendant's conduct and the resulting actual and consequential damages.

## COUNT I
## Rescission For Material Misrepresentation Of Material Facts

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

15.    On or about June 19, 2006, Defendants, MARVIN FRIEDMAN and CARS OF YESTERDAY INC., posted for sale the Chevrolet in question on Ebay with a "buy now" price of $59,888.00.

16.    Following discussions with Marvin Freidman regarding the condition of the Chevrolet, on or about May 25, 2006, the Plaintiff agreed to purchase the Chevrolet for the full purchase price of $59,888.00 and entered into a contractual agreement with Defendants for the same.

17.    Upon receiving the vehicle, Plaintiff discovered that the vehicle was not in the condition as had been advertised.  In particular, Defendants' Ebay listing made representations that the subject vehicle was in "show condition" and had undergone a $70,000.00 high dollar "body off" restoration.

18.    Additionally, upon receipt, Plaintiff discovered numerous nonconformities with the representations and advertisement for sale of the vehicle, including, but not limited to, the body of the Chevrolet had been filled with bondo and had been painted over. The chrome had not been removed from the car prior to the car

4

CASE NO._____

being painted and, therefore, the chrome has visible overspray on it.  And, the radiator and transmission of the subject vehicle were in very poor condition.

19.    Immediately upon learning of these misrepresentations of fact Plaintiff demanded cancellation of the contract and return of the money he had paid as well as offered to reconvey the property. Defendant has refused the recession.

20.    Plaintiff is ready, willing and able to reconvey the vehicle in the same condition as when defendant conveyed it to plaintiff.

21.    Plaintiff has no adequate remedy at law because the vehicle that Plaintiff received is not capable of ever being the vehicle he intended to purchase and as such is entitled to rescission of the contractual agreement between the Plaintiff and Defendants and the losses and damages set forth above.

22.    Had the Plaintiff known the actual condition of the subject vehicle prior to purchase he would not have purchased the vehicle.

WHEREFORE Plaintiff demands rescission of the underlying contract between Plaintiff and Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, in addition, Plaintiff demands damages including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, together with the interest and cost of suit and any further relief that the court deems just and proper.

CASE NO._____

## COUNT II
### Fraud

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges

23.    When listing the vehicle on Ebay and subsequently entering into the agreement to sell the vehicle to the Plaintiff, Defendants knew that the subject vehicle had in fact not undergone a $70,000.00 high dollar "body off" restoration and was aware that the other representations made with regard to the condition of the subject vehicle were false.

24.    However, Defendants made the aforesaid representations about the condition of the vehicle in spite of said knowledge.

25.    At the time that the Defendants made these misrepresentations, Defendants knew that these material representations were false and made the representations intentionally, for the purpose of defrauding the Plaintiff and intending that the Plaintiff accept such representations and act in reliance upon such representations.

26.    Plaintiff believed and justifiably relied upon Defendants' material representation with regard to the condition of the subject vehicle.

27.    As a result of Plaintiff's reliance upon Defendants' representations, Plaintiff was induced to purchase the subject vehicle and sustained the losses and damages as set forth above.

28.    Defendants (i) intentionally concealed facts with regard to the true condition of the subject vehicle and intentionally mislead the Plaintiff with regard to an alleged

CASE NO._____

restoration of the subject vehicle; and (ii) intentionally represented facts as true without the requisite knowledge of the truth of such facts.

29. As a result of the Defendant's concealment and misrepresentations of the aforesaid material facts with regard to the condition of the subject vehicle, Plaintiff acted in a manner differently than he would have acted had Plaintiff known the true facts.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, together with interest and cost of suit and, because the fraud averred is specific, certain and conclusive, Plaintiff is entitled to and hereby demands reasonable attorneys fees pursuant to prevailing Florida case law and any further relief that the court deems just and proper.

## COUNT III
## Revocation of Acceptance

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

30. The nonconformities in the subject vehicle substantially impair its value to the Plaintiff who did not know of these nonconformities or undisclosed conditions prior to purchase and was misled by Defendants' representations

31. Defendant has failed and refused to honor Plaintiff's timely revocation of acceptance in violation of Florida Statute Section 672.608.

CASE NO. _____

32.   As a result of Defendants' breach of contract justifying Plaintiff's revocation of acceptance, Plaintiff has suffered the following damages, which expenses were all reasonably incurred: overpaying for insurance and taxes on the subject vehicle, and the additional cost of upkeep and care of the vehicle since it was not in the represented condition.

WHEREFORE Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, and any further relief that the court deems just and proper.

## COUNT IV
## Implied Warranty of Fitness for Particular Purpose

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

33.   At the time that the sales agreement was signed, Defendant knew that Plaintiff was seeking to purchase a vehicle that was in show condition and had been completely restored, and that Plaintiff was relying upon Defendant's skill and judgment to furnish a vehicle for such purposes.

34.   As a result of the matters alleged above, Defendant impliedly warranted that the vehicle would be suitable for Plaintiffs intended purpose.

35.   Defendants breached the implied warranty of fitness described above in that the vehicle was not in "show condition" and having recently undergone a $70,000 high dollar "body off" restoration.

8

CASE NO. _____

36.    As a direct and proximate result of Defendants' breach of the implied warranty described above, Plaintiff suffered economic losses such as but not limited to paying a higher premium for car insurance, paying higher taxes. The losses are either permanent or continuing in their nature and plaintiff will suffer the losses in the future.

37.    On June 9, 2006, Plaintiff notified defendant in writing, pursuant to Fla Stat § 672.607(3)(a), of the injuries and damages sustained by Plaintiff as a result of Defendants' breach of the implied warranty described above.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, together with the interest and cost of suit and any further relief that the court deems just and proper.

## COUNT V
### Unfair and Deceptive Acts or Practices

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

38.    Defendant committed unfair and deceptive acts or practices in the sale of the Chevrolet in violation of the Florida Deceptive and Unfair Trade Practices Act.

39.    The sale of the Chevrolet at issue in this cause was a "consumer transaction" within the scope of the Florida Deceptive and Unfair Trade Practices Act, §§ 501.201 to 501.213 of the Florida Statues.

CASE NO._____

40.  Plaintiff has never been engaged in the business of the sale of used cars and trucks.

41.  In engaging in the above conduct, Defendants committed an unfair and deceptive act or practice in connection with the sale of the vehicle in question, in that the Defendants knew that the vehicle was not in "show condition," had not undergone the body restoration, had not received an engine overhaul, transmission overhaul, the charging system was not working, wiring was burned up, and the car would not start.

42.  In addition, the body of the Chevrolet had been filled with bondo and had been painted over. The chrome had not been removed from the car prior to the car being painted and, therefore, the chrome has visible overspray on it. And, the radiator and transmission of the subject vehicle were in very poor condition,

43.  On June 9, 2006, Plaintiff requested that Defendants refund Plaintiff's money and allow Plaintiff to return the Chevrolet.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, reasonable attorneys fees pursuant to Florida Statute Section 501.211(2) together with the interest and cost of suit and any further relief that the court deems just and proper.

CASE NO. _____

## COUNT VI
## Breach of Express Warranties

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

44.  Defendants expressly warranted that the vehicle had recently undergone certain work and that vehicle was in working condition.

45.  In reasonable and justifiable reliance on Defendant's forgoing expressed warranty, Plaintiff purchased said vehicle.

46.  That said vehicle was defective and not of merchantable quality.

47.  Defendant breached express warranties in connection with the sale of the subject vehicle.

48.  As a result of the breach of express warranty, Plaintiff has suffered the losses detailed above.

WHEREFORE Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, together with the interest and cost of suit and any further relief that the court deems just and proper.

## COUNT VIII
## Unconscionability

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

CASE NO._____

49.     The purchase price charged and paid by the Plaintiff herein for the subject vehicle
        was unconscionable as a matter of law in light of the condition of the subject
        vehicle.

50.     As noted above, Defendant advertised the subject vehicle as being in "show
        condition" and having recently undergone a $70,000 high dollar "body off"
        restoration.

51.     As a result of the unconscionable dealing by Defendants, Plaintiff has suffered the
        losses detailed above.

WHEREFORE, Plaintiff demands judgment for damages against Defendants, MARVIN
FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct,
including but not limited to actual damages as listed above, compensatory damages in excess of
the jurisdictional limits, together with the interest and cost of suit and any further relief that the
court deems just and proper.

## COUNT IX
## Breach of Implied Warranty of Merchantability

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation
contained in paragraphs 1-14 above as if fully set forth herein, and further alleges:

52.     At all times mentioned in this complaint, Defendants were in the business of
        selling vehicles at retail to the general public.

53.     At the time that the sales agreement was signed, Defendant as a merchant with
        respect to goods of the kind described above.

12

CASE NO._____

54.    Defendant knew that Plaintiff was seeking to purchase a vehicle that was in show condition and had been completely restored, and that Plaintiff was relying upon Defendant's skill and judgment to furnish a vehicle for such purposes.

55.    Defendant, as a merchant with respect to goods of the kind described above, impliedly warranted that the Chevrolet was merchantable and fit for the ordinary purposes for which it was intended.

56.    In purchasing the vehicle described above, Plaintiff, relied on the implied warranty of merchantability.

57.    Defendants breached the implied warranty of merchantability in that the vehicle was not in merchantable condition when sold to the Plaintiff or at any time thereafter and was not fit for the ordinary purpose for which a classic car, such as the 1957 Chevrolet Bellaire convertible is used.

58.    As a direct and proximate result of Defendants' breach of the implied warranty of merchantability, plaintiff suffered damages in excess of the jurisdictional limits.

59.    On June 9, 2006, Plaintiff notified defendant in writing, pursuant to Fla Stat § 672.607(3)(a), of the injuries and damages sustained by Plaintiff as a result of Defendants' breach of the implied warranty of merchantability.

WHEREFORE Plaintiff demands judgment for damages against Defendants, MARVIN FRIEDMAN, and CARS OF YESTERDAY INC., as a result of Defendants' unlawful conduct, including but not limited to actual damages as listed above, compensatory damages in excess of the jurisdictional limits, together with the interest and cost of suit and any further relief that the court deems just and proper.

CASE NO._____

### Count X
### Breach of Contract

Plaintiff, DOUGLAS D. SNYDER, repeats and realleges each and every allegation contained in paragraphs 1-14 above as if fully set forth herein, and further alleges

60.    On or about May 26, 2006, Plaintiff and Defendants entered into a written contract for the sale of the Chevrolet in the above listed condition. *See* Agreement dated May 26, 2006, attached as Exhibit "A".

61.    Defendants were to deliver to Plaintiff the advertised Chevrolet in the condition as listed in the Ebay listing as well as corresponding e-mails.

62.    Defendants breached said agreement by

   a. not delivering the said vehicle in the advertised condition; and

   b. failing to worn the Plaintiff that said vehicle was not in show condition.

63.    Plaintiff has performed all conditions precedent to be performed by plaintiff or the conditions have occurred.

WHEREFORE, Plaintiff demands judgment against Defendants for damages in excess of the jurisdictional limits and compensatory damages sufficient to fully compensate Plaintiff for losses sustained as aforementioned, plus interest, costs and expenses, including damages for the annoyance, aggravation, inconvenience and loss of use of the subject vehicle and transportation costs, and attorney fees and costs pursuant to the contract, as well as for any further relief as this Court deems just and appropriate.

CASE NO.

## DEMAND FOR JURY TRIAL

Plaintiff, DOUGLAS D. SNYDER, hereby demands trial by jury on all issues so triable.

WICKER, SMITH, O'HARA, MCCOY,
GRAHAM & FORD, P.A.
Attorney for Plaintiff, DOUGLAS D. SNYDER,
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
P.O. Box 14460
Ft. Lauderdale, FL 33302
Phone: (954) 847-4800
Fax: (954) 760-9353

By:  _James E. Zloch_     12/7/06
**James E. Zloch**
Florida Bar No. 241776
**Jason A. Glusman**
Florida Bar No. 0419400

# Exhibit "A"

# CARS OF
# YESTERDAY, INC.
"Yesterday's Memories & Tomorrow's Investments"

4750 N.W. 15th Ave. #B
Ft. Lauderdale, FL 33309
www.carsfromyesterday.com

Phone: 800.930.4002
Fax: 954.772.7776
Local: 954.772.7891

Email: LUVDG@aol.com
Cell: 954.895.7940

# PURCHASE CONTRACT
## № 002000

| PURCHASER Don Snyder | DRIVER'S LICENSE NO. | | DATE OF BIRTH | RESIDENCE PHONE |
|---|---|---|---|---|
| CO-PURCHASER | DRIVER'S LICENSE NO. | | DATE OF BIRTH | BUSINESS PHONE |
| ADDRESS 11 Technology Way | CITY Steubenville | STATE OH | ZIP 43952 | CELLULAR |
| VEHICLE ID NUMBER VC57L203I63 | E-MAIL ADDRESS | | | OTHER CONTACT NUMBER |

## PURCHASE VEHICLE

| YEAR 1957 | MAKE Chev. | MODEL Bel Air | COLOR Red | BODY 2dr. | ENGINE B-cyl | TRANSMISSION Auto | MILEAGE Exempt |
|---|---|---|---|---|---|---|---|

## TRADE IN DESCRIPTION

| BALANCE OWED | BALANCE OWED TO WHOM | ACCOUNT NUMBER | | GOOD TILL | LIEN | TALKED TO |
|---|---|---|---|---|---|---|
| ADDRESS | | CITY | STATE | ZIP | PHONE NO. | |
| YEAR | MAKE/MODEL/TYPE | | V.I.N. | | | MILEAGE |
| 2ND TRADE/YEAR | MAKE/MODEL/TYPE | | | | | |
| V.I.N. | PAYOFF | MILEAGE | | | | |
| BALANCE OWED TO WHOM | ACCT. NO. | GOOD TILL | | | | |
| TALKED TO | ADDRESS | CITY  STATE  ZIP | PHONE | | | |

EQUIPMENT

| | |
|---|---|
| TOTAL PRICE OF VEHICLE | 59,888 |
| TRADE ALLOWANCE | |
| BUYERS DIFFERENCE | |
| ADDITIONAL EQUIPMENT | |

I certify that I have read in its entirety the front and back of this purchase contract, and agree to abide by all the terms and conditions contain therein.

Accepted and initialed by purchaser X _(initials)_

**PLEASE BE SURE TO BRING**
1. TITLE TO YOUR TRADE
2. REGISTRATION IF TRANSFERRING YOUR TAG
3. PROOF OF INSURANCE WITH AGENT'S NAME & ADDRESS

**ALL USED VEHICLES ARE SOLD AS IS WHERE IS**

## THIS IS A CONTRACT TO PURCHASE THE ABOVE VEHICLE

| TAXABLE SUBTOTAL | |
|---|---|
| SALES TAX | Out of State |
| ESTIMATED TAG, TITLE & REGISTRATION ☐ TRANSFER TAG  ☐ NEW TAG  ☐ NEW DECAL | |
| SUBTOTAL | |
| BALANCE OWING ON TRADE — Customer agrees to pay any difference between this figure and actual pay off figure as quoted by lien holder. | |
| TOTAL PRICE | |
| DOWN PAYMENT | 9,888 |
| UNPAID BALANCE | |
| AMOUNT FINANCED | |
| TOTAL | |

X _(signature)_    5/26/06
PURCHASER SIGNATURE    DATE

ACCEPTED BY _(signature)_    5/25/06
REP OF CARS OF YESTERDAY, INC.    DATE

PURCHASER SIGNATURE    DATE

WHITE (BUYERS)    CANARY (FILE)    PINK (DEALER'S COPY)

## PLEASE SEE, READ AND SIGN REVERSE SIDE