IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 07-cv-6504 |
| CARS OF YESTERDAY, INC. a Florida ) | |
| Corporation; and MARVIN FRIEDMAN, an ) | |
| individual ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:   See Certificate of Service

Please take notice that Plaintiff, John S. Stafford, III, by and through its attorneys, on June 20, 2008, filed electronically with the clerk of the Northern District of Illinois, Eastern Division, his Supplement to Motion to Compel Deposition of Marvin Friedman, a copy of which isserved upon you.

John S. Stafford, III, an individual

By:   /s Alexander D. Marks
            One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
473432.1

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that he caused the foregoing Notice of Filing to be filed electronically in the Northern District of Illinois, Eastern Division, and to be served electronically on:

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606

on the 20th day of June, 2008.

                     /s Alexander D. Marks