IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 07-cv-6504 |
| CARS OF YESTERDAY, INC. a Florida ) | |
| Corporation; and MARVIN FRIEDMAN, an ) | |
| individual ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:   See Certificate of Service

Please take notice that Plaintiff, John S. Stafford, III, by and through its attorneys, on June 27, 2008, filed electronically with the clerk of the Northern District of Illinois, Eastern Division, his Reply in Support of Objection to the Magistrate's Order Denying Plaintiff's Motion to Compel Discovery Responses, a copy of which isserved upon you.

                                            John S. Stafford, III, an individual

                                            By:___/s Alexander D. Marks_____
                                                One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900
474109.1

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that he caused the foregoing Notice of Filing to be filed electronically in the Northern District of Illinois, Eastern Division, and to be served electronically on:

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606

on the 27th day of June, 2008.

                       /s Alexander D. Marks