IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN S. STAFFORD, III, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Court No:   07 C 6504 |
| | ) | |
| CARS OF YESTERDAY, INC., a Florida Corporation; and MARVIN FRIEDMAN, an individual, | ) ) ) | Judge Gettleman Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Ira M. Levin
   Alexander D. Marks
   Burke, Warren, MacKay & Serritella, P.C.
   330 N. Wabash Avenue, 22nd Floor
   Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on July 14, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Donelow or any judge sitting in his stead, in Courtroom 1350 of the United States District Court for the Northern District of Illinois, 214 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Motion for Sanctions, a copy of which is attached hereto and hereby served upon you.

                                CARS OF YESTERDAY, INC., and MARVIN
                                FRIEDMAN


                                By:   /s/ Bradley B. Falkof
                                      One of Their Attorneys

Bradley B. Falkof
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing Notice of Motion was served on the following:

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

by facsimile and by depositing the same in the U.S. Mail first-class postage paid, from One N. Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 3rd day of July 2008.

/s/ Bradley B. Falkof

CHDS01 BBF 473567v1