# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6504 | **DATE** | 7/9/2008 |
| **CASE TITLE** | John S. Stafford, III vs. Cars of Yesterday, Inc. and Marvin Friedman | | |

**DOCKET ENTRY TEXT**

  Plaintiff's objection to Magistrate Judge Denlow's May 28, 2008, Order is sustained. The court respectfully vacates the May 28 Order and commends to Magistrate Judge Denlow's direction the management of the scope and duration of defendants' obligation to produce the requested material.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　Docketing to mail notices.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Copy to judge/magistrate judge.

## STATEMENT

  The court sustains plaintiff's objection to Magistrate Judge Denlow's order dated May 28, 2008 (Docket No. 35; the "May 28 Order") as clearly erroneous because the court finds that the request that defendants identify and produce documents related to other lawsuits, claims and complaints alleging fraud or misrepresentation satisfies the standard of Fed. R. Civ. P. 26(b). The requested information and material is relevant to plaintiff's claim of fraud and his demand for punitive damages. As the Rule states, such information "need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." The requested material could well lead to the discovery of admissible evidence," such as "other . . . wrongs or acts . . . [that] may . . . be admissible for . . . proof of motive, opportunity, intent, preparation, plan, knowledge . . . or absence of mistake" under Fed. R. Evid. 404(b).

  Accordingly, the court respectfully vacates the May 28 Order and commends to Magistrate Judge Denlow's direction the management of the scope and duration of defendants' obligation to produce the requested material.

| | Courtroom Deputy Initials: | GS |
|---|---|---|