## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN S. STAFFORD, III, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | Court No:    07 C 6504 |
| | ) | |
| CARS OF YESTERDAY, INC., a Florida | ) | Judge Gettleman |
| Corporation; and MARVIN FRIEDMAN, an | ) | Magistrate Judge Denlow |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**    Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on July 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Gettleman or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, 214 S. Dearborn Street, Chicago, Illinois and then and there present Defendants' Motion for Leave to Amend Affirmative Defenses, a copy of which is attached hereto and hereby served upon you.

CARS OF YESTERDAY, INC., and MARVIN
FRIEDMAN

By:____ /s/ Bradley B. Falkof_____
One of Their Attorneys

Bradley B. Falkof
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

Hyatt M. Fried
Fried & Associates, P.A.
1384 Camellia Circle
Penthouse Suite
Weston, Florida 33326
(954) 923-2000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing Notice and Defendant's Motion for Leave to File Amended Affirmative Defenses were served on the following:

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60610


by facsimile and by depositing the same in the U.S. Mail first-class postage paid, from One N. Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m., on this 14th day of July 2008.


_____ /s/ Bradley B. Falkof_____

CHDS01 BBF 474620v1