IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. 07-cv-6504<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an )<br>individual )<br>)<br>Defendant. ) | |

## STIPULATION TO DISMISS

By stipulation of the parties, the parties having resolved their dispute by way of settlement, Plaintiff's complaint is hereby dismissed, with prejudice, with each party to bear their own costs, fees and expenses, with this Court to retain exclusive jurisdiction to enforce the terms of the settlement agreement.

IT IS SO STIPULATED:

| | |
|---|---|
| John S. Stafford, III, | Cars of Yesterday, Inc., and<br>Marvin Friedman |
| By: __/s Alexander D. Marks__<br>     One of his Attorneys | By: __/s Bradley B. Falkof__ |
| Ira M. Levin<br>Alexander D. Marks<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 N. Wabash Ave., 22nd Floor<br>Chicago, IL 60611 | Bradley B. Falkof<br>Barnes & Thornburg, LLP<br>One N. Wacker Dr., Suite 4400<br>Chicago, IL 60606 |

476286.1