IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN S. STAFFORD, III, an individual )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARS OF YESTERDAY, INC. a Florida )<br>Corporation; and MARVIN FRIEDMAN, an )<br>individual )<br>)<br>Defendant. ) | Case No. 07-cv-6504 |

## NOTICE OF FILING

To:   See Certificate of Service

Please take notice that Plaintiff, John S. Stafford, III, by and through its attorneys, on August 12, 2008, filed electronically with the clerk of the Northern District of Illinois, Eastern Division, the parties' Stipulation to Dismiss, a copy of which is served upon you.

John S. Stafford, III, an individual

By:___/s Alexander D. Marks_____
One of his Attorneys

Ira M. Levin
Alexander D. Marks
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
Telephone: (312) 840-7000
Fax: (312) 840-7900

478560.1

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that he caused the foregoing Notice of Filing to be filed electronically in the Northern District of Illinois, Eastern Division, and to be served electronically on:

Bradley B. Falkof
Barnes & Thornburg, LLP
One N. Wacker Dr., Suite 4400
Chicago, IL 60606

on the 12th day of August, 2008.

                    /s Alexander D. Marks