## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6504 | **DATE** | 8/14/2008 |
| **CASE TITLE** | John S. Stafford   vs   Cars of Yesterday, Inc. | | |

**DOCKET ENTRY TEXT:**

Motion [51] of Hyatt M. Fried to appear pro hac vice on behalf of defendant is granted.
On stipulation, this cause is dismissed with prejudice and without costs.
The Court retains jurisdiction.
Status hearing date of 8/20/2008 is stricken.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|